**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Patriot One, Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  45-3652137

4. **Debtor's address**

   Principal place of business

   35 Carson Street
   Belle Vernon, PA 15012
   Number, Street, City, State & ZIP Code

   Washington
   County

   Mailing address, if different from principal place of business

   _____
   P.O. Box, Number, Street, City, State & ZIP Code

   Location of principal assets, if different from principal place of business

   _____
   Number, Street, City, State & ZIP Code

5. **Debtor's website (URL)**  _____

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **Patriot One, Inc.**                                                                                    Case number (*if known*) _____
      Name

7. **Describe debtor's business**    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ■ None of the above

    B. *Check all that apply*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
    See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __2389__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

    ☐ Chapter 7

    ☐ Chapter 9

    ■ Chapter 11. *Check all that apply:*

        ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

        ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.    ☐ Yes.

    If more than 2 cases, attach a separate list.

    District _____  When _____  Case number _____

    District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ■ No    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____                                Relationship _____

    District _____  When _____  Case number, if known _____

Debtor   **Patriot One, Inc.**_____   Case number (*if known*) _____
         Name

11. **Why is the case filed in *this district*?**   *Check all that apply:*

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ■ No
    ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
       Number, Street, City, State & ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes.   Insurance agency _____
             Contact name      _____
             Phone             _____

---

■ **Statistical and administrative information**

13. **Debtor's estimation of available funds**   *Check one:*

    ■ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
    - ■ 1-49
    - ☐ 50-99
    - ☐ 100-199
    - ☐ 200-999
    - ☐ 1,000-5,000
    - ☐ 5001-10,000
    - ☐ 10,001-25,000
    - ☐ 25,001-50,000
    - ☐ 50,001-100,000
    - ☐ More than 100,000

15. **Estimated Assets**
    - ■ $0 - $50,000
    - ☐ $50,001 - $100,000
    - ☐ $100,001 - $500,000
    - ☐ $500,001 - $1 million
    - ☐ $1,000,001 - $10 million
    - ☐ $10,000,001 - $50 million
    - ☐ $50,000,001 - $100 million
    - ☐ $100,000,001 - $500 million
    - ☐ $500,000,001 - $1 billion
    - ☐ $1,000,000,001 - $10 billion
    - ☐ $10,000,000,001 - $50 billion
    - ☐ More than $50 billion

16. **Estimated liabilities**
    - ☐ $0 - $50,000
    - ☐ $50,001 - $100,000
    - ☐ $100,001 - $500,000
    - ■ $500,001 - $1 million
    - ☐ $1,000,001 - $10 million
    - ☐ $10,000,001 - $50 million
    - ☐ $50,000,001 - $100 million
    - ☐ $100,000,001 - $500 million
    - ☐ $500,000,001 - $1 billion
    - ☐ $1,000,000,001 - $10 billion
    - ☐ $10,000,000,001 - $50 billion
    - ☐ More than $50 billion

Debtor  __Patriot One, Inc.__                                Case number (*if known*) _____
      Name

■ Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __August 26, 2016__
                 MM / DD / YYYY

**X** __/s/ David W. Yurkovich, Jr.__           David W. Yurkovich, Jr.
   Signature of authorized representative of debtor     Printed name

Title  **President**

**18. Signature of attorney**   **X** __/s/ Robert O Lampl__           Date  __August 26, 2016__
      Signature of attorney for debtor                 MM / DD / YYYY

__Robert O Lampl__
Printed name

__Robert O Lampl, Attorney at Law__
Firm name

__960 Penn Avenue, Suite 1200__
__Pittsburgh, PA 15222__
Number, Street, City, State & ZIP Code

Contact phone  __412-392-0330__        Email address  _____

__19809__
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Patriot One, Inc. |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A&H Equipment 1124 McLaughlin Run Road Bridgeville, PA 15019-2533 | | Business Debt | Unliquidated | | | $10,239.19 |
| Advanced Builders Inc. 321 Cobble Lane Belle Vernon, PA 15012 | | Business Debt | Unliquidated | | | $18,550.00 |
| AIG USG Insurance Services Inc. 1000 Town Center Way, Suite 300 Canonsburg, PA 15317 | | Business Debt | Unliquidated | | | $8,478.00 |
| Belmont Aggregates 125 Carrie Street Powhatan Point, OH 43942 | | Business Debt | Unliquidated | | | $8,091.96 |
| Black Diamond Equipment Rental 4100 Morgantown Industrial Park Morgantown, WV 26501 | | Business Debt | Unliquidated | | | $7,190.00 |
| Bobcat of Pittsburgh 20620 Route 19 North Cranberry Twp, PA 16066 | | Business Debt | Unliquidated | | | $73,856.42 |
| CAT Financial P.O. Box 978595 Dallas, TX 75397-8595 | | Business Debt | Unliquidated | | | $41,141.32 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  Patriot One, Inc.                                              Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Cleveland Brothers Equipment Co.<br>4565 William Penn Highway<br>Murrysville, PA 15668 | | Business Debt | Unliquidated | | | $31,431.00 |
| Culverts<br>330 Pittsburgh Avenue<br>Coraopolis, PA 15108 | | Business Debt | Unliquidated | | | $11,209.68 |
| Emory Rothenbuhler & Sons, Inc.<br>47216 Sunfish Creel Road<br>Beallsville, OH 43716 | | Business Debt | Unliquidated | | | $23,375.00 |
| Enterprise<br>4489 Campbells Run Road<br>Pittsburgh, PA 15205-1311 | | Business Debt | Unliquidated | | | $15,663.97 |
| Golden Eagle<br>P.O. Box 945<br>Uniontown, PA 15401 | | Business Debt | Unliquidated | | | $13,417.88 |
| Groff Tractor<br>963 N. Center Avenue<br>New Stanton, PA 15672 | | Business Debt | Unliquidated | | | $31,344.26 |
| John D. Caruso Inc.<br>1029 Forest Ave.<br>Homestead, PA 15120 | | Business Debt | Unliquidated | | | $52,822.50 |
| Laurel Aggregates<br>200 Lakewood Center, Suite 270<br>Morgantown, WV 26508 | | Business Debt | Unliquidated | | | $15,070.73 |
| National Road<br>197 Alter Road<br>Natrona Heights, PA 15065 | | Business Debt | Unliquidated | | | $12,113.43 |
| RECO Equipment Inc.<br>20620 Route 19 North<br>Cranberry Twp, PA 16066 | | Business Debt | Unliquidated | | | $202,849.60 |

Debtor   **Patriot One, Inc.**                                                    Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| SITECH Allegheny<br>200 Bursca Drive #205<br>Bridgeville, PA 15017 | | Business Debt | Unliquidated | | | $15,500.00 |
| SWIF<br>P. O. Box 5100<br>100 Lackawanna Avenue<br>Scranton, PA 18505-5100 | | Business Debt | Unliquidated | | | $16,173.00 |
| Wells Fargo<br>P.O. Box 25341<br>Santa Ana, CA 92799-5341 | | Business Debt | Unliquidated | | | $36,995.55 |

NO ADDITIONAL CREDITORS

# United States Bankruptcy Court
## Western District of Pennsylvania

In re: **Patriot One, Inc.**

Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **August 26, 2016**

**/s/ David W. Yurkovich, Jr.**
**David W. Yurkovich, Jr./President**
Signer/Title

```
43rd Street Concrete
1 43rd Street
Pittsburgh, PA 15201-3194

A&H Equipment
1124 McLaughlin Run Road
Bridgeville, PA 15019-2533

Advanced Builders Inc.
321 Cobble Lane
Belle Vernon, PA 15012

AIG
USG Insurance Services Inc.
1000 Town Center Way, Suite 300
Canonsburg, PA 15317

Beacon Supply Company, Inc.
P.O. Box 188
Belle Vernon, PA 15012

Belmont Aggregates
125 Carrie Street
Powhatan Point, OH 43942

Beth's Barricades
1623 Middle Road Ext.
Gibsonia, PA 15044

Black Diamond Equipment Rental
4100 Morgantown Industrial Park
Morgantown, WV 26501

Bobcat of Pittsburgh
20620 Route 19 North
Cranberry Twp, PA 16066

CAT Financial
P.O. Box 978595
Dallas, TX 75397-8595

Cintas
320 Westec Drive
Mount Pleasant, PA 15666

Cleveland Brothers Equipment Co.
4565 William Penn Highway
Murrysville, PA 15668

Coen Oil Company
1045 W. Chestnut Street
Washington, PA 15301
```

Colony Specialty Insurance Company
8720 Stony Point Parkway #300
Richmond, VA 23235

Coventry Health / Health America
Transworld Systems Inc.
P.O. Box 15095
Wilmington, DE 19850-5095

Culverts
330 Pittsburgh Avenue
Coraopolis, PA 15108

Emory Rothenbuhler & Sons, Inc.
47216 Sunfish Creel Road
Beallsville, OH 43716

Enterprise
4489 Campbells Run Road
Pittsburgh, PA 15205-1311

Equipment Connection
P.O. Box 283
Pricedale, PA 15072

Farnham & Pfile
4306 State Route 51 South
Belle Vernon, PA 15012

Fayette Parts NAPA
600 Market Street
Brownsville, PA 15417

Golden Eagle
P.O. Box 945
Uniontown, PA 15401

Groff Tractor
963 N. Center Avenue
New Stanton, PA 15672

John D. Caruso Inc.
1029 Forest Ave.
Homestead, PA 15120

John Deere / Murphy Tractor
Power Plan
P.O. Box 5328
8402 Excelsior Drive
Madison, WI 53705-0328

John Deere Credit
6400 NW 86th Street
PO Box 6600
Johnston, IA 50131-6600

Laurel Aggregates
200 Lakewood Center, Suite 270
Morgantown, WV 26508

McCutcheon Enterprises Inc.
250 Park Road
Apollo, PA 15613

Model Uniforms
100 Third Street
Charleroi, PA 15022

National Road
197 Alter Road
Natrona Heights, PA 15065

Neiswonger Construction
17592 Route 322
Strattanville, PA 16258

Penn Credit
EZ Pass Violations
916 S. 14th Street
Harrisburg, PA 17108-0988

Pierre Luti Advertising
79 Kendric Avenue
Donora, PA 15033

RECO Equipment Inc.
20620 Route 19 North
Cranberry Twp, PA 16066

Ryder Transportation
PO Box 96723
Chicago, IL 60693

SITECH Allegheny
200 Bursca Drive
#205
Bridgeville, PA 15017

Swank Construction Company
404 S Main Street
Washington, PA 15301

SWIF
P. O. Box 5100
100 Lackawanna Avenue
Scranton, PA 18505-5100

Valley Tire Company
1002 Arentzen Boulevard
Charleroi, PA 15022

```
Wells Fargo
P.O. Box 25341
Santa Ana, CA 92799-5341
```