# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **PATRIOT ONE, INC.,** | Bankruptcy No. 16-23160-GLT |
| Debtor. | Chapter 11 |
| **PATRIOT ONE, INC.,** | Related to Doc. Nos.: 243, 245 |
| Movant. | Document No. |
| vs. | |
| **UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE,** | |
| Respondent. | |

## CERTIFICATE OF SERVICE

Robert O Lampl, John P. Lacher, David L. Fuchs and Ryan J. Cooney hereby certify, that on the 21st day of November, 2017, a true and correct copy of the **MODIFIED ORDER** was served upon the following *(via First-Class U.S. Mail and email service as noted below)*:

Office of the U.S. Trustee
1001 Liberty Avenue
Suite 970, Liberty Center
Pittsburgh, PA 15222

Jill L. Locnikar
Assistant U.S. Attorney
Civil Division
Joseph F. Weis, Jr. United States Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
jill.locnikar@usdoj.gov

Date: <u>November 21, 2017</u>        <u>/s/ Robert O Lampl</u>
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
Counsel for the Debtor
223 Fourth Avenue, 4th Floor
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email:  rlampl@lampllaw.com