IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

PATRIOT ONE, INC.,　　　　　　　　Bankruptcy No. 16-23160-GLT

　　　Debtor.　　　　　　　　　　　Chapter 11

　　　　　　　　　　　　　　　　　　Document No.


MONTHLY OPERATING REPORT OF DEBTOR
FOR THE PERIOD OCTOBER 1, 2017 – OCTOBER 31, 2017


　　　　　　　　　　　　　　　　　ROBERT O LAMPL
　　　　　　　　　　　　　　　　　PA I.D. #19809
　　　　　　　　　　　　　　　　　JOHN P. LACHER
　　　　　　　　　　　　　　　　　PA I.D. #62297
　　　　　　　　　　　　　　　　　DAVID L. FUCHS
　　　　　　　　　　　　　　　　　PA I.D. #205694
　　　　　　　　　　　　　　　　　RYAN J. COONEY
　　　　　　　　　　　　　　　　　PA I.D. #319213
　　　　　　　　　　　　　　　　　SY O. LAMPL
　　　　　　　　　　　　　　　　　PA I.D. # 324741
　　　　　　　　　　　　　　　　　Counsel for the Debtor
　　　　　　　　　　　　　　　　　223 Fourth Avenue, 4th Floor
　　　　　　　　　　　　　　　　　Pittsburgh, PA  15222
　　　　　　　　　　　　　　　　　(412) 392-0330 (phone)
　　　　　　　　　　　　　　　　　(412) 392-0335 (facsimile)
　　　　　　　　　　　　　　　　　Email:  rlampl@lampllaw.com

B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re  Patriot One Inc._____,          Case No.  16-23160GLT_____
         *Debtor*

                                                Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  October 2017_____          Date filed:  08/26/2016_____

Line of Business: _____    NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*[signature]*

Original Signature of Responsible Party

David Yurkovich
Printed Name of Responsible Party

| Questionnaire: *(All questions to be answered on behalf of the debtor.)* | Yes | No |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☑ |
| 5. HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ |

B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐   ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

|  |  |  |
|---|---|---|
| **TOTAL INCOME** | $ | 443,373.97 |

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 227,892.21 |
| Cash on Hand at End of Month | $ | 196,908.31 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    **TOTAL** | $ | 196,908.31 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

|  |  |  |
|---|---|---|
| **TOTAL EXPENSES** | $ | 271,426.94 |

*(Exhibit C)*

## CASH PROFIT

| | | | |
|---|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | | $ | 443,373.97 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | | $ | 271,426.94 |
| *(Subtract Line C from Line B)* | **CASH PROFIT FOR THE MONTH** | $ | 171,947.03 |

Page 3

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 10,058.03

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 577,416.50

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 16 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 24 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 17,375.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 28,501.30 |

*NON-BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 6,820.00 |

Page 4

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 475,000.00 | $ 443,373.97 | $ 31,626.03 |
| EXPENSES | $ 285,000.00 | $ 271,426.94 | $ 13,573.06 |
| CASH PROFIT | $ 190,000.00 | $ 171,947.03 | $ 18,052.97 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:             $ _____
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:           $ _____
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:        $ _____

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

|  | Oct-17 Expenses Paid | Not Paid |
|---|---|---|
| Barco | $2,500.00 | |
| Guttman | $21,611.71 | |
| Ritchie Bros | $35,046.79 | |
| Marsh Tire | $725.90 | |
| Amazon | $409.34 | |
| Pete Insana Auto | $450.00 | |
| Grillo's Automotive | $68.90 | |
| Grindstone Auto | $60.00 | |
| ADT | $52.48 | |
| Colony Insurance | $2,726.00 | |
| Contractor Connection | $1,717.20 | |
| Motorist Mutual | $2,338.01 | |
| Columbia Gas | $25.19 | |
| A & H Equipment | $32,197.63 | |
| Big's Trucking | $834.44 | |
| Rose Equipment | $156.00 | |
| Highway Equipment | $9,836.10 | |
| Big's Sanitation | $130.00 | |
| Auth of the Boro of Ch | $229.03 | |
| Comcast | $222.99 | |
| Dean's Water Service | $1,660.00 | |
| Media Post | $2,500.00 | |
| D & T Tees | $618.60 | |
| Hercik Auto Notary | $1,377.00 | |
| Stone & Co. | $605.79 | |
| Zimmer Printing | $639.18 | |
| Bujanowski Towing | $300.00 | |
| Robert Lampl | $12,500.00 | |
| Fyda Freightliner | $670.55 | |
| Bentleyville Self Stor | $71.00 | |
| Verizon Wireless | $614.89 | |
| Mon Valley Safety | $311.76 | |
| Dr James Scirotto | $160.00 | |
| Buddy Greco | $600.00 | |
| Valley Tire | $2,503.70 | |
| US Trustee | $4,875.00 | |
| Citizens Vehicle | $700.00 | |
| Network Fleet | $1,536.68 | |
| Selective | $2,869.00 | |
| Highmark | $1,126.00 | |
| IRS | $543.60 | |
| Payroll Service Fee | $109.18 | |
| Payroll Tax | $918.21 | |
| PA Employment Tax | $61.40 | |
| Ford Credit | $1,331.20 | |
| Disney | $608.86 | |
| C Harper | $3,478.00 | |
| Johns Truck Parts | $504.72 | |
| Kenworth of New Stan | $109.32 | |
| Penske Trucking | $500.00 | |
| Equipment One | $3,725.60 | |
| Spirit | $784.67 | |
| Automax Tires | $3,748.45 | |
| Lincoski Service | $672.57 | |
| PA Contracting | $94,280.25 | |
| Skyworks | $10,603.67 | |
| Traffic Safety Store | $421.38 | |
| JMC Equipment | $1,449.00 | |
| | | |
| Total | $271,426.94 | |

# Citizens Bank

1-800-862-6200

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

**US048 BR998**

PATRIOT ONE INCORPORATED
35 CARSON ST
BELLE VERNON PA  15012-1001

Commercial Account
Statement

  OF  2

Beginning October 01, 2017
through October 31, 2017

---

## Commercial Checking

**SUMMARY**

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 15,021.89 |
| Checks | 11,199.64 - |
| Debits | 49,413.42 - |
| Deposits & Credits | 67,500.00 + |
| Current Balance | 21,908.83 = |

PATRIOT ONE INCORPORATED
Business Green Checking

You can waive the monthly maintenance fee of $9.99 by maintaining an average daily balance in your account of $2,000 or by making 5 qualifying transactions that post to your account during the statement period.
  Your average daily balance used to qualify this statement period is:   $21,567
  Your number of qualifying transactions this statement period is:   21
Your next statement period will end on November 30, 2017.

Previous Balance
15,021.89

**TRANSACTION DETAILS**

**Checks*** There is a break in check sequence

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 1932 | 380.65 | 10/03 | 1936 | 380.65 | 10/30 |
| 1933 | 380.65 | 10/16 | 2029* | 4,421.39 | 10/10 -- on Sept John Deere |
| 1934 | 380.65 | 10/16 | 2030 | 4,875.00 | 10/18 |
| 1935 | 380.65 | 10/20 | | | |

Total Checks
11,199.64

**Debits**

**ATM/Purchases**

| Date | Amount | Description |
|---|---|---|
| 10/16 | 503.50 | 6431 ATM Cash - Pa9001 4627 Rt 51 Belle Vern On PA |
| 10/16 | 3.00 | Non-Citizens ATM Fee - Pa9001 4627 Rt 51 Belle Vern On PA |
| 10/24 | 508.44 | 6431 Dbt Purchase - 000 99 Hyatt Regency Pittpillsburgh PA |

**Other Debits**

| Date | Amount | Description |
|---|---|---|
| 10/03 | 2,500.00 | Barco Rent A Tru Web Pay 171002 02275 |
| 10/04 | 135.90 | IRS Usataxpymt 100417 227767766074522 |
| 10/04 | 30.70 | Commwlthofpa Int Paemploytx 170930 453652137 |
| 10/05 | 18,101.79 | Outgoing Wire Transfer (Mtg No.171005005696) |
| 10/05 | 700.00 | Online Transfer Transfer 2792825552 |
| 10/05 | 30.00 | Service Charge Wire Transfer Fees |
| 10/12 | 135.90 | IRS Usataxpymt 101217 227768566095486 |
| 10/13 | 125.00 | Payroll Tax 101317 7755315 |
| 10/17 | 109.18 | Payroll Service Fee 101717 7755315 |

 **Citizens Bank**

1-800-862-6200

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

Commercial Account Statement

 2 of 2

Beginning October 01, 2017
through October 31, 2017

Commercial Checking continued from previous page

## Other Debits (continued)

| Date | Amount | Description |
|---|---|---|
| 10/18 | 135.90 | IRS Usataxpymt 101817 227769166058918 |
| 10/18 | 30.70 | Commwlthofpa Int Paemploytx 171015 453652137 |
| 10/18 | 20.48 | Payroll Tax 101817 7755315 |
| 10/25 | 135.90 | IRS Usataxpymt 102517 227769866061706 |
| 10/30 | 8,429.30 | Outgoing Wire Transfer (Mts No.171030002826) |
| 10/30 | 16,945.00 | Outgoing Wire Transfer (Mts No.1710300028871) |
| 10/30 | 772.73 | Payroll Tax 103017 7755315 |
| 10/30 | 30.00 | Service Charge Wire Transfer Fees |
| 10/30 | 30.00 | Service Charge Wire Transfer Fees |

PATRIOT ONE INCORPORATED
Business Green Checking

⊖ Total Debits
49,413.42

## Deposits & Credits

| Date | Amount | Description |
|---|---|---|
| 10/03 | 20,000.00 | Deposit |
| 10/13 | 15,000.00 | Deposit |
| 10/23 | 7,500.00 | Deposit |
| 10/27 | 25,000.00 | Deposit |

⊕ Total Deposits & Credits
67,500.00

⊜ Current Balance
21,908.83

## Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/03 | 32,141.24 | 10/13 | 23,460.56 | 10/23 | 24,140.85 |
| 10/04 | 31,974.64 | 10/16 | 22,192.76 | 10/24 | 23,632.41 |
| 10/05 | 13,142.85 | 10/17 | 22,083.58 | 10/25 | 23,496.51 |
| 10/10 | 8,721.46 | 10/18 | 17,021.50 | 10/27 | 48,496.51 |
| 10/12 | 8,585.56 | 10/20 | 16,640.85 | 10/30 | 21,908.83 |

## NEWS FROM CITIZENS

Introducing SpeciFi (SM) digital advisor from Citizens Investment Services (R), a digital investing platform built around you. Start investing with just $5,000. Learn more at citizensbank.com/SpeciFi.
*Keep in mind that investing involves risk. The value of your investment will fluctuate and you may gain or lose money. Please visit the URL above for additional disclosures and more information. Securities products are: NOT FDIC INSURED   NOT BANK GUARANTEED   MAY LOSE VALUE   NOT A DEPOSIT   NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



0000012  PATRIOT ONE, INCORPORATED
35 CARSON ST
BELLE VERNON PA 15012-1001

Have a Question or Concern?

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## Huntington FastTrack Business Checking     Account.

| Statement Activity From: 10/01/17 to 10/31/17 | | Beginning Balance | $212,870.32 |
|---|---|---|---|
| | | Credits (+) | 445,092.86 |
| | | Electronic Deposits | 445,092.86 |
| Days in Statement Period | 31 | Debits (−) | 482,951.70 |
| | | Regular Checks Paid | 123,238.28 |
| Average Ledger Balance* | 166,904.77 | Electronic Withdrawals | 347,204.13 |
| Average Collected Balance* | 166,904.77 | Other Debits | 12,509.29 |
| | | Total Service Charges (−) | 12.00 |
| * The above balances correspond to the service charge cycle for this account. | | Ending Balance | $174,999.48 |

## Other Credits (+)                                       Acc

| Date | Amount | Description |
|---|---|---|
| 10/02 | 8,231.95 | EQT PRODUCTION C EDI PAYMTS 10271773 |
| 10/03 | 28,560.00 | RANGE RESOURCES AP WEEKLY SEP 28 2220028640 PAYMENT NUMBER:2220028640 |
| 10/03 | 3,821.94 | EQT PRODUCTION C EDI PAYMTS 10271894 |
| 10/04 | 30,335.30 | EQT PRODUCTION C EDI PAYMTS 10272081 |
| 10/05 | 13,982.50 | EQT PRODUCTION C EDI PAYMTS 10272205 |
| 10/10 | 19,368.00 | EQT PRODUCTIONCO EDI PAYMTS 10272406 |
| 10/11 | 28,560.00 | RANGE RESOURCES AP WEEKLY OCT 5 2220028929 PAYMENT NUMBER.2220028929 |
| 10/11 | 10,974.00 | EQT PRODUCTION C EDI PAYMTS 10272640 |
| 10/12 | 22,622.00 | EQT PRODUCTION C EDI PAYMTS 10272771 |
| 10/13 | 15,026.00 | EQT PRODUCTION C EDI PAYMTS 10272851 |
| 10/16 | 11,461.53 | EQT PRODUCTION C EDI PAYMTS 10274445 |
| 10/17 | 28,560.00 | RANGE RESOURCES AP WEEKLY OCT 12 2220029198 PAYMENT NUMBER 2220029198 |
| 10/19 | 11,709.00 | EQT PRODUCTION C EDI PAYMTS 10274968 |
| 10/20 | 106,870.00 | EQT PRODUCTION C EDI PAYMTS 10275064 |
| 10/24 | 49,980.00 | RANGE RESOURCES AP WEEKLY OCT 19 2220029443 PAYMENT NUMBER 2220029443 |
| 10/24 | 11,631.56 | EQT PRODUCTION C EDI PAYMTS 10275384 |
| 10/25 | 8,302.05 | EQT PRODUCTION C EDI PAYMTS 10275555 |
| 10/26 | 5,137.03 | EQT PRODUCTION C EDI PAYMTS 10275725 |
| 10/27 | 800.00 | EQT PRODUCTION C EDI PAYMTS 10275833 |
| 10/31 | 28,560.00 | RANGE RESOURCES AP WEEKLY OCT 26 2220029702 PAYMENT NUMBER 2220029702 |
| 10/31 | 600.00 | EQT PRODUCTION C EDI PAYMTS 10276623 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.  ⦿ and Huntington ® are federally registered service marks of Huntington Bancshares Incorporated.  ©2017 Huntington Bancshares Incorporated.



## Checks (-)  *Account:*

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 10/23 | 1,800.00 | 329 | 10/13 | 400.00 | 383 |
| 10/12 | 160.00 | 333* | 10/19 | 31.00 | 384 |
| 10/02 | 144.00 | 358* | 10/13 | 605.79 | 385 |
| 10/02 | 796.42 | 365* | 10/16 | 15,000.00 | 386 |
| 10/06 | 152.00 | 366 | 10/18 | 383.46 | 388* |
| 10/03 | 420.00 | 368* | 10/23 | 2,416.00 | 389 |
| 10/02 | 1,419.17 | 369 | 10/23 | 300.00 | 390 |
| 10/04 | 20,000.00 | 370 | 10/25 | 670.55 | 393* |
| 10/06 | 400.00 | 371 | 10/23 | 614.89 | 395* |
| 10/05 | 159.00 | 372 | 10/24 | 3,236.10 | 396 |
| 10/10 | 3,300.00 | 373 | 10/26 | 311.76 | 397 |
| 10/10 | 65.00 | 374 | 10/24 | 7,500.00 | 398 |
| 10/06 | 229.03 | 375 | 10/24 | 109.44 | 399 |
| 10/12 | 222.99 | 376 | 10/30 | 25,000.00 | 400 |
| 10/10 | 1,660.00 | 377 | 10/27 | 169.60 | 401 |
| 10/19 | 34.44 | 378 | 10/31 | 561.00 | 403* |
| 10/23 | 2,500.00 | 380* | 10/30 | 600.00 | 404 |
| 10/12 | 618.60 | 381 | 10/16 | 469.58 | 9387* |
| 10/16 | 30,778.46 | 382 | | | |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## Other Debits (-)  *Account*

| Date | Amount | Description |
|---|---|---|
| 10/02 | 44,000.00 | BUS ONL TFR TO CHECKING   100217 01100279361 |
| 10/02 | 3,748.45 | PURCHASE AUTOMAX TIRE AND AUTO   AUTOMAX TIRE AND AUTO WELLSBORO PA 5347408100149042 |
| 10/02 | 666.66 | FORD MOTOR CR FORDCREDIT   170929 051409375 |
| 10/03 | 764.72 | PURCHASE SPIRIT A 4870160497588   SPIRIT A 48701604975880 MIRAMAR FL 5347408100149042 |
| 10/03 | 19.95 | PURCHASE SPIRIT A 4870160497593   SPIRIT A 48701604975930 MIRAMAR FL 5347408100149042 |
| 10/04 | 13,423.41 | BUS ONL TFR TO CHECKING   100417 01100271262 |
| 10/04 | 4,086.82 | GUTTMAN OIL DEP CASH-C&D  92758 |
| 10/04 | 4,000.00 | BUS ONL TFR TO CHECKING   100417 01100279361 |
| 10/05 | 1,000.00 | BUS ONL TFR TO CHECKING   100517 01100271262 |
| 10/10 | 100,000.00 | BUS ONL TFR TO CHECKING   101017 01100279361 |
| 10/10 | 20,000.00 | BUS ONL TFR TO CHECKING   101017 01100279361 |
| 10/11 | 3,704.92 | GUTTMAN OIL DEP CASH C&D  92758 |
| 10/12 | 14,730.51 | BUS ONL TFR TO CHECKING   101217 01100271262 |
| 10/12 | 12,000.00 | BUS ONL TFR TO CHECKING   101217 01100279361 |
| 10/13 | 672.57 | PURCHASE LINCOSKI SERVICE C   LINCOSKI SERVICE C BELLE VERNON PA 5347408100149042 |
| 10/17 | 10,000.00 | BUS ONL TFR TO CHECKING   101717 01100279361 |
| 10/17 | 2,869.00 | SELECTIVE PMT SELECTIVE   171016 000000874292073 |



## Other Debits (-)                                                                 Accoun

| Date | Amount | Description |
|---|---|---|
| 10/17 | 2,726.00 | Colony Specialty Insurance   1610561542 1552 |
| 10/18 | 4,440.21 | GUTTMAN OIL DEP CASH C&D  92758 |
| 10/18 | 1,126.02 | HIGHMARK EDI PAYMTS  11144500 |
| 10/18 | 504.72 | PURCHASE JOHN'S TRUCK PARTS   JOHN'S TRUCK PARTS WYANO PA 5347408100149042 |
| 10/18 | 109.32 | PURCHASE KENWORTH OF PA NEW STA   KENWORTH OF PA NEW STA NEW STANTON PA 5347408100149042 |
| 10/19 | 15,641.07 | BUS ONL TFR TO CHECKING  101917 01100271262 |
| 10/19 | 5,000.00 | BUS ONL TFR TO CHECKING  101917 01100279361 |
| 10/19 | 500.00 | PURCHASE PENSKE TRK LSG 064015   PENSKE TRK LSG 064015 READING PA 5347408100149042 |
| 10/20 | 30,000.00 | BUS ONL TFR TO CHECKING  102017 01100279361 |
| 10/20 | 17,500.00 | BUS ONL TFR TO CHECKING  102017 01100271262 |
| 10/20 | 2,102.70 | PURCHASE EQUIPMENTONE  EQUIPMENTONE 855-7237781 TX 5347408100149042 |
| 10/23 | 2,338.01 | MOTORISTS INSURA BILL PAY  171020 20493797371 |
| 10/23 | 52.48 | ADT SECURITY SER ADTPAPACH  401732434 |
| 10/23 | 44.12 | FIRSTENERGY OPCO FE ECHECK  100113941437 |
| 10/24 | 25.19 | COLUMBIA GAS PA SERV PYMT  171018 196992750010006 |
| 10/25 | 4,665.05 | GUTTMAN OIL DEP CASH C&D  F02302364 |
| 10/26 | 5,000.00 | BUS ONL TFR TO CHECKING  102617 01100279361 |
| 10/26 | 2,500.00 | BUS ONL TFR TO CHECKING  102617 01100271262 |
| 10/30 | 25,000.00 | BUS ONL TFR TO CHECKING  103017 01100279361 |
| 10/30 | 608.86 | PURCHASE DISNEY RESORTS-WDW   DISNEY RESORTS-WDW LAKE BUENA VI FL 5347408100149042 |
| 10/31 | 3,478.00 | PURCHASE C HARPER FORD INC   C HARPER FORD INC BELLE VERNON PA 5347408100149042 |
| 10/31 | 665.66 | FORD MOTOR CR FORDCREDIT  171030 051409375 |

## Service Charge Detail                                                             Accoun

| Date | Service Charge (-) | Waives and Discounts (+) | Description |
|---|---|---|---|
| 10/16 | 12.00 |  | INTL DEBIT CARD TRANS FEES |
| 10/16 | 20.00 |  | MONTHLY SERVICE FEE |
| 10/16 |  | 20.00 | TOTAL RELATIONSHIP SERVICE FEE WAIVE |

## Service Charge Summary                                                            Accc

| | |
|---|---|
| Previous Month Service Charges (-) | $32.00 |
| Other Credits (+) | 20.00 |
| Total Service Charges (-) | $12.00 |

## Balance Activity                                                                  Accoun

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/30 | 212,870.32 | 10/02 | 170,328.57 | 10/03 | 201,605.84 |

## Balance Activity                                                                 Account       ----

| Date  | Balance    | Date  | Balance    | Date  | Balance    |
|-------|------------|-------|------------|-------|------------|
| 10/04 | 190,330.91 | 10/16 | 105,984.49 | 10/25 | 203,797.33 |
| 10/05 | 203,154.41 | 10/17 | 118,949.49 | 10/26 | 201,122.60 |
| 10/06 | 202,373.38 | 10/18 | 112,385.76 | 10/27 | 201,753.00 |
| 10/10 | 96,716.38  | 10/19 | 102,888.25 | 10/30 | 150,544.14 |
| 10/11 | 132,545.46 | 10/20 | 180,155.55 | 10/31 | 174,999.48 |
| 10/12 | 127,435.36 | 10/23 | 150,090.05 |       |            |
| 10/13 | 140,783.00 | 10/24 | 200,830.88 |       |            |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

PATRIOT ONE, INC.,                    Bankruptcy No. 16-23160-GLT

    Debtor.                            Chapter 11

                                             Document No.

### CERTIFICATE OF SERVICE

Robert O Lampl, John P. Lacher, David L. Fuchs, Ryan J. Cooney and Sy O. Lampl hereby certify, that on the 21st day of November, 2017, a true and correct copy of the foregoing **MONTHLY OPERATING REPORT** was served on the following *(via electronic service):*

Office of the U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date: November 21, 2017

/s/ Robert O Lampl
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. # 324741
Counsel for the Debtor
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email: rlampl@lampllaw.com