# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **PATRIOT ONE, INC.,** | Bankruptcy No. 16-23160-GLT |
| Debtor. | Chapter 11 |
| **PATRIOT ONE, INC.,** | Document No. |
| Movant, | Related to Doc. No.: 248 |
| vs. | |
| **NEXT WAVE ENTERPRISES, LLC,** | Hearing Date and Time: November 30, 2017 at 10:00 a.m. |
| Respondent. | |

## CERTIFICATE OF SERVICE

Robert O Lampl, John P. Lacher, David L. Fuchs and Ryan J. Cooney hereby certify that on the 22<u>nd</u> day of November, 2017, a true and correct copy of the **MODIFIED DEFAULT ORDER** (Doc. No. 248) was served upon the following *(via First-Class U.S. Mail)*:

Office of the U.S. Trustee
1001 Liberty Avenue
Suite 970, Liberty Center
Pittsburgh, PA 15222

Samuel R. Grego
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402

Next Wave Enterprises, LLC
5757 Blue Lagoon Drive, Suite 170
Miami, FL 33126-2615

Citizens Bank N.A
1 Citizens Drive Mailstop ROP15B
Riverside, RI 02915

Advanced Builders Inc.
321 Cobble Lane
Belle Vernon, PA 15012

Bobcat of Pittsburgh
20620 Route 19 North
Cranberry Township, PA 16066

CAT Financial
P.O. Box 978595
Dallas, TX 75397-8595

Citizens Bank
P.O. Box 42113
Providence, RI 02940

Cleveland Brothers Equipment Co.
4565 William Penn Highway
Murrysville, PA 15668

Emory Rothenbuhler & Sons, Inc.
47216 Sunfish Creel Road
Beallsville, OH 43716

Enterprise
4489 Campbells Run Road
Pittsburgh, PA 15205-1311

Ford Motor Credit
P.O. Box 542000
Omaha, NE 68154

Golden Eagle
P.O. Box 945
Uniontown, PA 15401

Groff Tractor
963 N. Center Avenue
New Stanton, PA

John D. Caruso, Inc.
1029 Forest Avenue
Homestead, PA 15120

Laurel Aggregates
200 Lakewood Center, Suite 270
Morgantown, WV 26508

Lexus Financial
P.O. Box 3025
Coraopolis, PA 15108

National Road
197 Alter Road
Natrona Heights, PA 15065

Pearl Beta Funding
100 William Street, 9th Floor
New York, NY 10038

RECO Equipment, Inc.
20620 Route 19 North
Cranberry Township, PA 16066

SITECH Allegheny
200 Bursca Drive, #205
Bridgeville, PA 15017

SWIF P.O. Box 5100
100 Lackawanna Avenue
Scranton, PA 18505-5100

Yellowstone Capital
1 Evertrust Plaza, 14th Floor
Jersey City, NJ 07302

Date: <u>November 22, 2017</u>             <u>/s/ Robert O Lampl</u>
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
Counsel for the Debtor
223 Fourth Avenue, 4th Floor
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email:  rlampl@lampllaw.com