# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.:  16-23160-GLT |
| | : | Chapter:  11 |
| Patriot One, Inc. | : | |
| | : | |
| | : | Date:  11/30/2017 |
| *Debtor(s).* | : | Time:  10:00 |

## PROCEEDING MEMO

**FILED**
DEC 0 1 2017
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

*MATTER:*
#148 - Continued Final Hearing on Disclosure Statement to Accompany Plan Dated 6-22-17

#149 - Continued Confirmation of Small Business Plan of Reorganization Dated 6-22-17
   #169 - Objection by I.R.S.
   #171 - Summary of Ballots
   #188 - Stipulated Order Between Debtor and Groff Tractor & Equip. Inc.
   #190 - Consent Order Between Debtor and Deere Credit Inc.
   #237 - Stipulation Between Debtor and Best Line Equipment
   #248 - Order Allowing Late-Submitted Claim by Next Waive Enterprise, LLC

*APPEARANCES:*
   Debtor:     David Fuchs
   I.R.S.:     Jill Locnikar

*NOTES:*

Fuchs: Has nearly resolved the issue with the I.R.S. Does not think a stipulation is necessary--an amended proof of claim should conclude the matter.

Court: The point of the stipulation was that it would serve as consent to the plan.

Fuchs: In that case, a stipulation would be needed.

Locnikar: Patriot One is almost a no-liability case--the amount will be around $1,400. No need for a stipulation except to provide consent. With respect to Yurkovich, the Debtor will be getting refunds offsetting all liability, which means the I.R.S. won't even be a creditor.

Court: Recommends a stipulation on the record resolving these issues with respect to class 4. As to the unsecured class, in Yurkovich, are you allowing NextWave's claim for voting purposes?

Fuchs: We agree NextWave has a claim and will file an amended schedule.

*OUTCOME:*

1. On or before December 7, 2017, the Debtor shall file an amended schedule with respect to the NextWave Enterprise, LLC.

2. On or before December 7, 2017 the I.R.S. shall file a stipulation or consent order stating it has no opposition as a class 4 creditor in Patriot One.

3. On or before December 7, 2017, Attorney Fuchs shall submit a proposed confirmation order.

4. The hearings on the disclosure statement [Dkt. No. 148] and plan confirmation [Dkt. No. 149] are continued to December 21, 2017 at 10:00 a.m. for tracking purposes. (Chambers to issue.)

**DATED:** 11/30/2017