IN THE UNITED STATES BANKRUTPCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Case No. 16-23160-GLT |
| | : Chapter 11 |
| PATRIOT ONE, INC., | : |
| | : Related to Dkt. Nos. 148, 149 |
| *Debtor.* | : |
| | : Hearing: 12/21/17 |

**FILED**
DEC 01 2017
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

## ORDER

This matter came before the Court as a continued confirmation hearing to consider approval of the Debtor's *Disclosure Statement to Accompany Plan dated June 22, 2017* [Dkt. No. 148] and *Plan of Reorganization dated June 22, 2017* [Dkt. No. 149]. The Internal Revenue Service ("I.R.S.") filed an objection [Dkt. No. 169] to confirmation.

After a hearing on November 30, 2017 and for the reasons stated on the record, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. On or before **December 7, 2017**, the Debtor shall file an amended Schedule E/F reflecting the claim of NextWave Enterprise, LLC.

2. On or before **December 7, 2017**, the I.R.S. shall file a stipulation or consent order stating the amount of its claim as a class 4 creditor and clarifying its position with respect to whether it accepts or rejects the Debtor's plan of reorganization.

3. On or before **December 7, 2017**, the Debtor shall submit a proposed confirmation order.

4. The confirmation hearings on the Debtor's *Disclosure Statement to Accompany Plan dated June 22, 2017* [Dkt. No. 148] and *Plan of Reorganization dated June 22, 2017* [Dkt. No. 149] are continued to **December 21, 2017 at 10:00 a.m.** in Courtroom A, 54th

Floor, U.S. Steel Tower, 600 Grant St., Pittsburgh, Pa. 15219.  If the parties timely comply with the items in ¶¶ 1–3, the Court will consider entering a confirmation order without further hearing.

Dated:  December 1, 2017

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUTPCY JUDGE

<u>Case administrator to mail to:</u>
Debtor
Debtor's counsel
Mailing matrix
I.R.S.
U.S. Trustee

2

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                        Case No. 16-23160-GLT
Patriot One, Inc.                                             Chapter 11
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: amaz                  Page 1 of 3                  Date Rcvd: Dec 01, 2017
                              Form ID: pdf900             Total Noticed: 64


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 03, 2017.
db             +Patriot One, Inc.,    35 Carson Street,    Belle Vernon, PA 15012-1001
aty            +David L. Fuchs,    960 Penn Avenue, Suite 1200,    Pittsburgh, PA 15222-3826
cr             +Best Line Equipment,    2582 Gateway Drive,    State College, PA 16801-3019
cr             +Cintas Corporation,    c/o Katie R. Jacobs,    Cohen & Grigsby, P.C.,   625 Liberty Avenue,
                 Pittsburgh, PA 15222,    UNITED STATES 15222-3152
sp             +Kraemer, Manes & Associates LLC,    Attn: David Manes,    US Steel Tower,
                 600 Grant Street, Suite 660,    Pittsburgh, PA 15219-2703
cr             +United States of America Department of the Treasur,     c/oOffice of U.S. Atty for W.D. of PA,
                 U.S. Post Office & Courthouse,    700 Grant Street,    Pittsburgh, PA 15219,
                 U.S.A. 15219-1906
acc            +Wilke & Associates, LLP,    1721 Cochran Road,    Suite 200,   Pittsburgh, PA 15220-1002
14280323       +A&H Equipment,    1124 McLaughlin Run Road,    Bridgeville, PA 15017-2550
14280325       +AIG,   USG Insurance Services Inc.,    1000 Town Center Way, Suite 300,
                 Canonsburg, PA 15317-5847
14280324       +Advanced Builders Inc.,    PO Box 684,    Perryopolis, PA 15473-0684
14344885       +Aetna, Inc.,    ATTN: Andrew F. Lopez, Esq.,    201 N. Tryon Street, Suite 3000,
                 Charlotte, NC 28202-2146
14280326       +Beacon Supply Company, Inc.,    P.O. Box 188,    Belle Vernon, PA 15012-0188
14280327       +Belmont Aggregates,    P.O. Box 349,    Bridgeport, OH 43912-0349
14280328       +Beth’s Barricades,    1623 Middle Road Ext.,    Gibsonia, PA 15044-7913
14280330       +Bobcat of Pittsburgh,    20620 Route 19 North,    Cranberry Twp, PA 16066-6001
14280331        CAT Financial,    P.O. Box 978595,    Dallas, TX 75397-8595
14304185        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14280332       +Cintas,    320 Westec Drive,    Mount Pleasant, PA 15666-2762
14353192        Cintas Corporation,    c/o Katie Jacobs, Esq.,    Cohen & Grigsby PC,   625 Liberty Avenue,
                 Pittsburgh, PA 15222-3152
14287069       +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3019
14280336        Coventry Health / Health America,    Transworld Systems Inc.,    P.O. Box 15095,
                 Wilmington, DE 19850-5095
14280337       +Culverts,    330 Pittsburgh Avenue,    Coraopolis, PA 15108-3391
14280338        Emory Rothenbuhler & Sons, Inc.,    47216 Sunfish Creel Road,    Beallsville, OH 43716
14280339        Enterprise,    4489 Campbells Run Road,    Pittsburgh, PA 15205-1311
14280340       +Equipment Connection,    P.O. Box 283,    Pricedale, PA 15072-0283
14280341       +Farnham & Pfile,    4306 State Route 51 South,    Belle Vernon, PA 15012-3533
14280342       +Fayette Parts NAPA,    600 Market Street,    Brownsville, PA 15417-1758
14330270       +Fayette Parts Service Inc.,    c/o NAPA Auto Parts,    1102 Jefferson St.,
                 Latrobe, PA 15650-1910
14297479       +Ford Motor Credit,    P.O. Box 542000,    Omaha, NE 68154-8000
14375032       +GOLDEN EAGLE CONSTRUCTION COMPANY,    C/O THOMAS W.SHAFFER, ESQ.,    11 PITTSBURGH STREET,
                 UNIONTOWN,PA 15401-3312
14280343       +Golden Eagle,    P.O. Box 945,    Uniontown, PA 15401-0945
14280344        Groff Tractor,    963 N. Center Avenue,    New Stanton, PA 15672
14331465       +Groff Tractor & Equipment, Inc.,    6779 Carlisle Pike,    Mechanicsburg, PA 17050-1712
14280345       +John D. Caruso Inc.,    1029 Forest Ave.,    Homestead, PA 15120-1118
14336746       +John D. Caruso, Inc.,    1029 Forest Avenue,    West Homestead, PA 15120-1118
14280346       +John Deere / Murphy Tractor,    Power Plan,    P.O. Box 5328,   8402 Excelsior Drive,
                 Madison, WI 53717-1909
14280347        John Deere Credit,    6400 NW 86th Street,    PO Box 6600,   Johnston, IA 50131-6600
14280348       +Laurel Aggregates of Delaware, LLC,    270 Lakewood Center,    Morgantown, WV 26508-4457
14297481        Lexus Financial,    P.O. Box 3025,    Coraopolis, PA 15108
14280349       +McCutcheon Enterprises Inc.,    250 Park Road,    Apollo, PA 15613-8730
14280350       +Model Uniforms,    100 Third Street,    Charleroi, PA 15022-1424
14280351       +National Road,    197 Alter Road,    Natrona Heights, PA 15065-2809
14280352       +Neiswonger Construction,    17592 Route 322,    Strattanville, PA 16258-2620
14297482       +Next Wave Enterprises LLC,    5757 Blue Lagoon Drive, Suite 170,    Miami, FL 33126-2615
14686394       +Patriot One, Inc. Health Plan,    c/o U.S. Department of Labor-EBSA,
                 170 S. Independence Mall West,    Suite 870W,   Philadelphia, PA 19106-3381
14297483       +Pearl Beta Funding,    100 William Street, Ninth Floor,    New York, NY 10038-5056
14280353       +Penn Credit,    EZ Pass Violations,    916 S. 14th Street,   Harrisburg, PA 17104-3425
14319857       +Pennsylvania State Workers’ Insurance,    100 Lackawanna Ave.,    Scanton, PA 18503-1904
14280354      #+Pierre Luti Advertising,    79 Kendric Avenue,    Donora, PA 15033-1421
14280355       +RECO Equipment Inc.,    20620 Route 19 North,    Cranberry Twp, PA 16066-6001
14280357       +SITECH Allegheny,    200 Bursca Drive,    #205,   Bridgeville, PA 15017-1453
14280359       +SWIF,   P. O. Box 5100,    100 Lackawanna Avenue,    Scranton, PA 18503-1945
14280358       +Swank Construction Company,    632 Hunt Valley Road,    New Kensington PA 15068-7067
14294856       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
14280360       +Valley Tire Company,    1002 Arentzen Boulevard,    Charleroi, PA 15022-1003
14280361        Wells Fargo,    P.O. Box 25341,    Santa Ana, CA 92799-5341
14297484       +Yellowstone Capital,    1 Evertrust Plaza,    14th Floor,   Jersey City, NJ 07302-3088
```

```
District/off: 0315-2                   User: amaz                    Page 2 of 3                   Date Rcvd: Dec 01, 2017
                                       Form ID: pdf900               Total Noticed: 64
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/Text: kburkley@bernsteinlaw.com Dec 02 2017 01:38:36      Deere Credit Inc.,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1908
14280322         E-mail/Text: 43rdstreetconcrete@comcast.net Dec 02 2017 01:38:08      43rd Street Concrete,
                 1 43rd Street,    Pittsburgh, PA 15201-3194
14280335         E-mail/Text: arichards@argogroupus.com Dec 02 2017 01:38:29
                 Colony Specialty Insurance Company,    8720 Stony Point Parkway #300,    Richmond, VA 23235
14280333        +E-mail/Text: jstiller@clevelandbrothers.com Dec 02 2017 01:38:06
                 Cleveland Brothers Equipment Co.,    4565 William Penn Highway,    Murrysville, PA 15668-2016
14302522         E-mail/Text: cio.bncmail@irs.gov Dec 02 2017 01:38:03      Internal Revenue Service,
                 PO Box 21126,    Philadelphia, PA 19114
14280356        +E-mail/Text: jennifer_morris@ryder.com Dec 02 2017 01:38:02      Ryder Transportation,
                 PO Box 96723,    Chicago, IL 60693-6723
14344846        +E-mail/Text: jennifer_morris@ryder.com Dec 02 2017 01:38:02      Ryder Truck Rental, Inc.,
                 ATTN: Jennifer Morris,    6000 Windward Parkway,    Alpharetta, GA 30005-8882
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Industrial Commercial Residential Equipment Rental
cr               Reco Equipment, Inc.
cr               Toyota Lease Trust
14356665         Caterpillar Financial Commercial Account Corporati
cr*             +Cleveland Brothers Equipment Co., Inc.,    4565 William Penn Highway,
                  Murrysville, PA 15668-2016
cr*             +Groff Tractor & Equipment, Inc.,    6779 Carlisle Pike,    Mechanicsburg, PA 17050-1712
cr*             +John D. Caruso, Inc.,    1029 Forest Avenue,    West Homestead, PA 15120-1118
14356496*       +A&H Equipment Company,    1124 McLaughlin Run Road,    Bridgeville PA 15017-2550
14297480*      ++ARGO GROUP US INC,    PO BOX 469011,    SAN ANTONIO TX 78246-9011
                 (address filed with court:  Colony Specialty Insurance Company,    8720 Stony Point Parkway #300,
                  Richmond, VA  23235)
14326356*       +Cleveland Brothers Equipment Co., Inc.,    4565 William Penn Highway,
                  Murrysville, PA 15668-2016
14280329       ##+Black Diamond Equipment Rental,    4100 Morgantown Industrial Park,    Morgantown, WV 26501-2419
14280334       ##+Coen Oil Company,    1045 W. Chestnut Street,    Washington, PA 15301-4650
                                                                                   TOTALS: 4, * 6, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2017 at the address(es) listed below:
              Andrew R. Thalman    on behalf of Creditor    Reco Equipment, Inc. andrewthalman@pgka.com
              Daniel R. Schimizzi    on behalf of Creditor    Deere Credit Inc. dschimizzi@bernsteinlaw.com,
               cwirick@bernsteinlaw.com;pghecf@bernsteinlaw.com;dschimizzi@ecf.courtdrive.com;cwirick@ecf.courtd
               rive.com
```

```
District/off: 0315-2          User: amaz              Page 3 of 3           Date Rcvd: Dec 01, 2017
                              Form ID: pdf900         Total Noticed: 64
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Donald L. Phillips    on behalf of Creditor    Cleveland Brothers Equipment Co., Inc. dphillips@donaldphillipslaw.com, ashapiro@donaldphillipslaw.com
          Donald L. Phillips    on behalf of Plaintiff    Cleveland Brothers Equipment Co., Inc. dphillips@donaldphillipslaw.com, ashapiro@donaldphillipslaw.com
          Francis E. Corbett    on behalf of Creditor    John D. Caruso, Inc. fcorbett@fcorbettlaw.com, fcorbett7@gmail.com
          Francis E. Corbett    on behalf of Creditor    John D. Carson, Inc. fcorbett@fcorbettlaw.com, fcorbett7@gmail.com
          Holly S Planinsic    on behalf of Creditor    Industrial Commercial Residential Equipment Rental & Supply, LLC hplaninsic@hmhy.com, kburkhart@hmhy.com
          James Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
          Jason M. Plakosh    on behalf of Creditor    Groff Tractor & Equipment, Inc. jplakosh@hotmail.com
          Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury, Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
          Joseph S. Sisca,    on Behalf of the United States Trustee by    on behalf of U.S. Trustee    Office of the United States Trustee joseph.s.sisca@usdoj.gov
          Katie R. Jacobs    on behalf of Creditor    Cintas Corporation kjacobs@cohenlaw.com, morlich@cohenlaw.com,mgraeb@cohenlaw.com
          Keri P. Ebeck    on behalf of Creditor    Citizens Bank, N.A. kebeck@weltman.com, jbluemle@weltman.com
          Michael Kaminski    on behalf of Creditor    Best Line Equipment mkaminski@c-vlaw.com, jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Robert O Lampl    on behalf of Creditor    Industrial Commercial Residential Equipment Rental & Supply, LLC rol@lampllaw.com, jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
          Robert O Lampl    on behalf of Debtor    Patriot One, Inc. rol@lampllaw.com, jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
          Robert O Lampl    on behalf of Defendant    Patriot One, Inc. rol@lampllaw.com, jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
          Robert O Lampl    on behalf of Debtor David W. Yurkovich rol@lampllaw.com, jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com

                                                                                          TOTAL: 19