# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

PATRIOT ONE, INC.,　　　　　　　　　　Bankruptcy No. 16-23160-GLT

　　　　Debtor.　　　　　　　　　　　　Chapter 11

PATRIOT ONE, INC.,　　　　　　　　　　Document No.:

　　　　Movant,　　　　　　　　　　　　Related to Doc. No.: 255

vs.

NO RESPONDENT.

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

_____ Voluntary Petition - *Specify reason for amendment*:

Official Form 6 Schedules (Itemization of Changes Must Be Specified)
_____ Summary of Schedules
_____ Schedule A - Real Property
_____ Schedule B - Personal Property
_____ Schedule C - Property Claimed as Exempt
_____ Schedule D - Creditors holding Secured Claims
　　　　Check one:
　　　　　　_____ Creditor(s) added
　　　　　　_____ NO creditor(s) added
　　　　　　_____ Creditor(s) deleted
_____ Schedule E - Creditors Holding Unsecured Priority Claims
　　　　Check one:
　　　　　　_____ Creditor(s) added
　　　　　　_____ NO creditor(s) added
　　　　　　_____ Creditor(s) deleted
__X__ Schedule F - Creditors Holding Unsecured Nonpriority Claims:　Schedule F has been amended to reflect that the claim of Next Wave Enerprises, LLC is undisputed
　　　　Check one:
　　　　　　_____ Creditor(s) added
　　　　　　__X__ NO creditor(s) added
　　　　　　_____ Creditor(s) deleted
_____ Schedule G - Executory Contracts and Unexpired Leases
　　　　Check one:
　　　　　　_____ Creditor(s) added
　　　　　　_____ NO creditor(s) added
　　　　　　_____ Creditor(s) deleted
_____ Schedule H - Codebtors
_____ Schedule I - Current Income of Individual Debtor(s)
_____ Schedule J - Current Expenditures of Individual Debtor(s)
_____ Statement of Financial Affairs
_____ Chapter 7 Individual Debtor's Statement of Intention
_____ Chapter 11 List of Equity Security Holders
_____ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
_____ Disclosure of Compensation of Attorney for Debtor
_____ Other: _____

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Bankruptcy Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:

Date: <u>December 4, 2017</u>

<u>/s/Robert O Lampl</u>
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
Counsel for the Debtor
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email: rlampl@lampllaw.com

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

PATRIOT ONE, INC.,　　　　　　　　　　　　Bankruptcy No. 16-23160-GLT

　　　　Debtor.　　　　　　　　　　　　　　Chapter 11

PATRIOT ONE, INC.,　　　　　　　　　　　　Document No.:

　　　　Movant,　　　　　　　　　　　　　　Related to Doc. No.: 255

vs.

NO RESPONDENT.

## CERTIFICATE OF SERVICE

Robert O Lampl, John P. Lacher and David L. Fuchs, hereby certify, that on the 4th day of December, 2017, a true and correct copy of the foregoing **AMENDMENT TO SCHEDULE F** was served upon the following (via electronic notification):

Office of U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222

Samuel R. Grego
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402

Date: December 4, 2017　　　　　　　　　　/s/ Robert O Lampl
　　　　　　　　　　　　　　　　　　　　　ROBERT O LAMPL
　　　　　　　　　　　　　　　　　　　　　PA I.D. #19809
　　　　　　　　　　　　　　　　　　　　　JOHN P. LACHER
　　　　　　　　　　　　　　　　　　　　　PA I.D. #62297
　　　　　　　　　　　　　　　　　　　　　DAVID L.FUCHS
　　　　　　　　　　　　　　　　　　　　　PA I.D. #205694
　　　　　　　　　　　　　　　　　　　　　RYAN J. COONEY
　　　　　　　　　　　　　　　　　　　　　PA I.D. #319213
　　　　　　　　　　　　　　　　　　　　　Counsel for the Debtor
　　　　　　　　　　　　　　　　　　　　　223 Fourth Avenue, 4th Floor
　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA  15222
　　　　　　　　　　　　　　　　　　　　　(412) 392-0330 (phone)
　　　　　　　　　　　　　　　　　　　　　(412) 392-0335 (facsimile)
　　　　　　　　　　　　　　　　　　　　　Email:  rlampl@lampllaw.com

**Fill in this information to identify the case:**

Debtor name: **Patriot One, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known): 16-23160

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**43rd Street Concrete**<br>1 43rd Street<br>Pittsburgh, PA 15201-3194<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $2,372.73 |
| 3.2 | Nonpriority creditor's name and mailing address<br>**A&H Equipment**<br>1124 McLaughlin Run Road<br>Bridgeville, PA 15019-2533<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $10,239.19 |
| 3.3 | Nonpriority creditor's name and mailing address<br>**Advanced Builders Inc.**<br>321 Cobble Lane<br>Belle Vernon, PA 15012<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $18,550.00 |
| 3.4 | Nonpriority creditor's name and mailing address<br>**AIG**<br>USG Insurance Services Inc.<br>1000 Town Center Way, Suite 300<br>Canonsburg, PA 15317<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $8,478.00 |

| Debtor | Patriot One, Inc. | Case number (if known) | 16-23160 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>Beacon Supply Company, Inc.<br>P.O. Box 188<br>Belle Vernon, PA 15012<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | $624.34 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>Belmont Aggregates<br>125 Carrie Street<br>Powhatan Point, OH 43942<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | $8,091.96 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>Beth's Barricades<br>1623 Middle Road Ext.<br>Gibsonia, PA 15044<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | $3,094.00 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>Black Diamond Equipment Rental<br>4100 Morgantown Industrial Park<br>Morgantown, WV 26501<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | $7,190.00 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>Bobcat of Pittsburgh<br>20620 Route 19 North<br>Cranberry Twp, PA 16066<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | $73,856.42 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>CAT Financial<br>P.O. Box 978595<br>Dallas, TX 75397-8595<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | $41,141.32 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>Cintas<br>320 Westec Drive<br>Mount Pleasant, PA 15666<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | $7,124.84 |

| Debtor | Patriot One, Inc. | Case number (if known) | 16-23160 |
|---|---|---|---|
| | Name | | |

---

**3.12** Nonpriority creditor's name and mailing address
Cleveland Brothers Equipment Co.
4565 William Penn Highway
Murrysville, PA 15668

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$31,431.00**

---

**3.13** Nonpriority creditor's name and mailing address
Coen Oil Company
1045 W. Chestnut Street
Washington, PA 15301

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,028.38**

---

**3.14** Nonpriority creditor's name and mailing address
Colony Specialty Insurance Company
8720 Stony Point Parkway #300
Richmond, VA 23235

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,531.00**

---

**3.15** Nonpriority creditor's name and mailing address
Coventry Health / Health America
Transworld Systems Inc.
P.O. Box 15095
Wilmington, DE 19850-5095

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,636.37**

---

**3.16** Nonpriority creditor's name and mailing address
Culverts
330 Pittsburgh Avenue
Coraopolis, PA 15108

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$11,209.68**

---

**3.17** Nonpriority creditor's name and mailing address
Emory Rothenbuhler & Sons, Inc.
47216 Sunfish Creel Road
Beallsville, OH 43716

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$23,375.00**

---

**3.18** Nonpriority creditor's name and mailing address
Enterprise
4489 Campbells Run Road
Pittsburgh, PA 15205-1311

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$15,663.97**

---

| Debtor | Patriot One, Inc. | Case number (if known) | 16-23160 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address**<br>Equipment Connection<br>P.O. Box 283<br>Pricedale, PA 15072<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $3,470.39 |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>Farnham & Pfile<br>4306 State Route 51 South<br>Belle Vernon, PA 15012<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $1,635.81 |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>Fayette Parts NAPA<br>600 Market Street<br>Brownsville, PA 15417<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $2,537.62 |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>Golden Eagle<br>P.O. Box 945<br>Uniontown, PA 15401<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $13,417.88 |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>Groff Tractor<br>963 N. Center Avenue<br>New Stanton, PA 15672<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $31,344.26 |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>John D. Caruso Inc.<br>1029 Forest Ave.<br>Homestead, PA 15120<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $52,822.50 |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>John Deere / Murphy Tractor<br>Power Plan<br>P.O. Box 5328<br>8402 Excelsior Drive<br>Madison, WI 53705-0328<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $2,619.52 |

| Debtor | Patriot One, Inc. | Case number (if known) | 16-23160 |

| | | | |
|---|---|---|---|
| 3.26 | Nonpriority creditor's name and mailing address<br>**John Deere Credit**<br>6400 NW 86th Street<br>PO Box 6600<br>Johnston, IA 50131-6600<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Business Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | $4,029.78 |
| 3.27 | Nonpriority creditor's name and mailing address<br>**Laurel Aggregates**<br>200 Lakewood Center, Suite 270<br>Morgantown, WV 26508<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Business Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | $15,070.73 |
| 3.28 | Nonpriority creditor's name and mailing address<br>**Lexus Financial**<br>P.O. Box 3025<br>Coraopolis, PA 15108<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Business Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | $23,433.00 |
| 3.29 | Nonpriority creditor's name and mailing address<br>**McCutcheon Enterprises Inc.**<br>250 Park Road<br>Apollo, PA 15613<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Business Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | $5,781.97 |
| 3.30 | Nonpriority creditor's name and mailing address<br>**Model Uniforms**<br>100 Third Street<br>Charleroi, PA 15022<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Business Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | $4,704.27 |
| 3.31 | Nonpriority creditor's name and mailing address<br>**National Road**<br>197 Alter Road<br>Natrona Heights, PA 15065<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Business Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | $12,113.43 |
| 3.32 | Nonpriority creditor's name and mailing address<br>**Neiswonger Construction**<br>17592 Route 322<br>Strattanville, PA 16258<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Business Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | $3,654.69 |

| Debtor | Patriot One, Inc. | Case number (if known) | 16-23160 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address**<br>Next Wave Enterprises LLC<br>5757 Blue Lagoon Drive, Suite 170<br>Miami, FL 33126<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Business Debt__<br>Is the claim subject to offset? ■ No ☐ Yes | $70,000.00 |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>Pearl Beta Funding<br>100 William Street, Ninth Floor<br>New York, NY 10038<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Business Debt__<br>Is the claim subject to offset? ■ No ☐ Yes | $91,000.00 |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>Penn Credit<br>EZ Pass Violations<br>916 S. 14th Street<br>Harrisburg, PA 17108-0988<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Business Debt__<br>Is the claim subject to offset? ■ No ☐ Yes | $864.70 |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>Pierre Luti Advertising<br>79 Kendric Avenue<br>Donora, PA 15033<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Business Debt__<br>Is the claim subject to offset? ■ No ☐ Yes | $450.00 |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>RECO Equipment Inc.<br>20620 Route 19 North<br>Cranberry Twp, PA 16066<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Business Debt__<br>Is the claim subject to offset? ■ No ☐ Yes | $202,849.60 |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>Ryder Transportation<br>PO Box 96723<br>Chicago, IL 60693<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Business Debt__<br>Is the claim subject to offset? ■ No ☐ Yes | $5,244.92 |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>SITECH Allegheny<br>200 Bursca Drive<br>#205<br>Bridgeville, PA 15017<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Business Debt__<br>Is the claim subject to offset? ■ No ☐ Yes | $15,500.00 |

| Debtor | Patriot One, Inc. | Case number (if known) | 16-23160 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address**<br>Swank Construction Company<br>404 S Main Street<br>Washington, PA 15301<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,900.00** |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>SWIF<br>P. O. Box 5100<br>100 Lackawanna Avenue<br>Scranton, PA 18505-5100<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$16,173.00** |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>Valley Tire Company<br>1002 Arentzen Boulevard<br>Charleroi, PA 15022<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$235.74** |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>Yellowstone Capital<br>1 Evertrust Plaza<br>14th Floor<br>Jersey City, NJ 07302<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business Debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$90,000.00** |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.   $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 947,492.01 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.   $ | 947,492.01 |