Case 16-23160-GLT    Doc 261    Filed 12/06/17    Entered 12/06/17 12:44:31    Desc Main
Document    Page 1 of 2

FILED
12/6/17 11:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | |
| **PATRIOT ONE, INC.,** | Bankruptcy No. 16-23160-GLT |
| **Debtor.** | **Chapter 11** |
| **PATRIOT ONE, INC.,** | Related to Doc. No.: 148, 149 & 213 |
| **Movant.** | |
| **Vs.** | **Plan Confirmation Date & Time: December 21, 2017 at 10:00 a.m.** |
| **UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE,** | |
| **Respondent.** | |

## STIPULATED ORDER OF COURT

Upon stipulation and agreement of the Debtor and the United States of America, on behalf of the Internal Revenue Service, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** as follows:

1.  The United States of America (hereinafter Respondent) shall have an allowed Priority Class 4 Claim in the amount of $12,461.93. The Respondent's Priority Class 4 Claim shall accrue interest at a rate of four (4%) percent.

2.  The Respondent's Priority Class 4 Claim shall be paid in full within one hundred twenty (120) days of the Effective Date of the Plan.

3.  The Respondent shall have an allowed General Unsecured Claim (Class 5) in the amount of $68,796.67, which claim shall be paid in accordance with the Debtor's Plan of Reorganization.

4. The Respondent has no opposition to the confirmation of the Debtor's Plan of Reorganization.

5. This Stipulation indicates the Respondent's acceptance of its treatment under the Debtor's Plan of Reorganization.

Dated: December 6, 2017

Gregory Taddonio    cgt
United States Bankruptcy Judge

Movant shall serve a copy of this Order on the respondent(s), debtor, all secured creditors whose interests may be affected by the relief requested, the U.S. Trustee, and the attorney for any committee. In the absence of a committee, the Movant shall serve the 20 largest unsecured creditors. Movant shall file a certificate of service within three (3) business days.

Case Administrator to serve: Robert O. Lampl, Esq.