**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | |
| **PATRIOT ONE, INC.,** | Bankruptcy No. 16-23160-GLT |
| **Debtor.** | Chapter 11 |
| | Related to Doc. No.: 148, 149 & 213 |
| | Document No. |
| | Plan Confirmation Date & Time: December 21, 2017 at 10:00 a.m. |

### CONFIRMATION ORDER

The Court finds that all applicable provisions of the Bankruptcy Code have been met. It is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the Plan of Reorganization dated June 22, 2017, be and hereby is **CONFIRMED,** as modified by the stipulation entered into between the Debtor and the United States of America, Internal Revenue Service, Deere Credit, RECO Equipment, Inc., d/b/a Bobcat of Pittsburgh, Cleveland Brothers Equipment Co. Inc., and Best Line Equipment.

DATE: _____        _____
                                                              Gregory L. Taddonio
                                                              United States Bankruptcy Court Judge