IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
12/8/17 10:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE: | |
| PATRIOT ONE, INC., | Bankruptcy No. 16-23160-GLT |
| Debtor. | Chapter 11 |
| | Related to Doc. Nos.: 148 & 149 |
| | Plan Confirmation Date & Time: December 21, 2017 at 10:00 a.m. |

## MODIFIED CONFIRMATION ORDER

The Court finds that all applicable provisions of the Bankruptcy Code have been met. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the *Disclosure Statement to Accompany Plan dated June 22, 2017* [Dkt. No. 148] is approved on a final basis, and the *Plan of Reorganization Dated June 22, 2017* [Dkt. No. 149] is **CONFIRMED**, as modified by the stipulations entered into between the Debtor and the United States of America, Internal Revenue Service [Dkt. No. 261], Deere Credit [Dkt. Nos. 78 and 190], RECO Equipment, Inc., d/b/a Bobcat of Pittsburgh [Dkt. No. 118], Cleveland Brothers Equipment Co. Inc. [Dkt. No. 131], and Best Line Equipment [Dkt. No. 237].

The hearing set for December 21, 2017 is **CANCELLED**.

Dated: December 8, 2017

_____
Gregory L. Taddonio    cgt
United States Bankruptcy Court Judge

Case Administrator to serve: Robert O. Lampl, Esq.