FILED
12/8/17 11:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In re:  **PATRIOT ONE, INC.**              Bankruptcy Case No.: 16-23160-GLT
        Debtor.                      Chapter: 11
                                Related to Dkt. Nos. 148 and 149

**Post-Confirmation Order and Notice Of Deadlines**

      **AND NOW,** this **8th** day of **DECEMBER, 2017**, all creditors, equity security holders, interest holders and all other parties in interest are hereby notified that the Debtor(s)' Chapter 11 Plan of Reorganization (as supplemented or modified) filed by PATRIOT ONE, INC. on JUNE 22, 2017, has been confirmed by Order of the Court dated DECEMBER 8, 2017, and that to the extent provided in 11 U.S.C. §1141, discharges the Debtor(s), binds the Debtor(s) and other entities, vests property of the estate in the Debtor(s) free and clear of claims and interests of creditors and other entities, and voids any judgment and operates as an injunction with respect to any debt discharged to the extent provided in 11 U.S.C §1141 and §524.  The plan constitutes a new agreement between the Debtor(s) and each creditor which is binding and shall be enforceable as any other contract in the courts of the states or United States.  This Order is entered to provide a timetable for final actions in this case.

    **IT IS THEREFORE ORDERED:**

1. **Administrative Expenses and Professional Fees.**  All applications for award of compensation or expenses to a trustee, examiner, attorney or other professional person and all other motions for allowance of administrative expenses shall be filed and served within ninety (90) days after the date of this Order, together with a certificate of service.

2. **Objections to Claims.**  Objections to any claim shall be filed and served within forty-five (45) days after the date of this Order, together with a certificate of service.

3. **Reports.**  Within forty-five (45) days after the date of this Order and pursuant to 11 U.S.C. §1106(a)(7), the reorganized Debtor(s) or person designated in the plan shall file a status report detailing the actions taken by the reorganized Debtor(s) and the progress made toward consummation of the plan.  Said reports shall be filed every January 15th and every July 15th thereafter until a Final Decree has been entered.

4. **Other Proceedings.**  Any other adversary proceeding, contested matter, motion or application shall be filed within forty-five (45) days after the date of this Order.

5. **Clerk's Charges and Report Information.**  Within fourteen (14) days of the date of this Order, the Debtor(s) shall submit a written request to the Clerk of Court to obtain the sum representing any notice and excess claim charges.  Said amount shall be paid in full within forty-five (45) days of the date of this Order.

6. **United States Trustee Fees.**  Payment of all fees due to the United States Trustee must be

provided for pursuant to 11 U.S.C. §1129(a)(12).

7. **Final Report and Decree.**  Within ninety (90) days of consummation of the plan, the reorganized Debtor(s), or person designated in the plan, shall file a Report and an Application for a Final Decree in accordance with 11 U.S.C. §1106(a)(7).  The Report shall include a narrative of the activities taken toward compliance with the plan **and** the information contained in the Report for Bankruptcy Judges in cases to be closed, attached hereto as Exhibit A.  For purposes of this paragraph, "consummation" means the distribution of any deposit required by the plan.  If no deposit was required, "consummation" means the payment of the first distribution required by the plan.  **If a Report and an Application for a Final Decree are not timely filed, the Court will schedule a Rule to Show Cause hearing.  A representative of the plan proponent and counsel shall appear at the hearing.**

8. **Extensions of Time.**  Any time period established in this Order may be extended by the Court for cause after notice and hearing, but only upon motion filed **prior** to the deadline established under the relevant paragraph of this Order.  Nothing in this Order shall preclude any proceeding in another Court with jurisdiction within time limits which might otherwise be applicable.

9. **Notice.**  The Debtor(s)' attorney shall mail a copy of the Order Confirming the Plan and this Post-Confirmation Order (Exhibit A need not be attached) as notice thereof to all creditors, equity security holders, all other parties in interest, the Debtor(s), Debtor(s)' attorney, the trustee, if any, counsel for all committees, if any, all professionals who may have administrative claims against the estate of the Debtor(s), and the United States Trustee, and file a certificate of service within fourteen (14) days of the date of this Order.

10. **Continuation Statements.**  Judgment holders should revive their liens and secured creditors should file continuation statements, if appropriate, within sixty (60) days of the date of this Order for purposes of 13 Pa. C.S.A. §9515 or other applicable state law.

        Gregory L. Taddonio
        U.S. Bankruptcy Judge

Case Administrator to serve:  Robert O. Lampl, Esq.

# EXHIBIT A

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. |
| | : | |
| Debtor(s) | : | |
| | : | Chapter 11 |
| | : | |
| Movant (s) | : | |
| | : | Related to Document No. |
| v. | : | |
| | : | |
| | : | |
| Respondent(s) | : | |

## REPORT FOR BANKRUPTCY JUDGES IN CASES TO BE CLOSED

### CHAPTER 11 CASES

_____Plan Confirmed                    _____Plan Not Confirmed

If plan was confirmed and the case is still in Chapter 11, what percentage dividend was (or is) to be paid under the plan to the general unsecured class of creditors? _____%

I certify under penalty of perjury that the information provided on this form is true and correct to the best of my knowledge, information, and belief and that all estimated payments have been designated appropriately as such.

_____  _____   _____
DATE           PREPARER                            SIGNATURE

**PAWB Local Form 14  (07/13)**