IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

PATRIOT ONE, INC.,                      Bankruptcy No. 16-23160-GLT

    Debtor.                              Chapter 11

                                              Document No.

                                              Related to Doc. Nos. 265, 266

                                              **Plan Confirmation Date & Time:
December 21, 2017 at 10:00 a.m.
(Hearing is Cancelled)**

## CERTIFICATE OF SERVICE

Robert O Lampl, John P. Lacher, David L. Fuchs and Ryan J. Cooney hereby certify that on the 11th day of December, 2017, a true and correct copy of the **POST-CONFIRMATION ORDER AND NOTICE OF DEADLINES** and **MODIFIED CONFIRMATION ORDER** was served upon the following *(via First-Class U.S. Mail)*:

*SEE ATTACHED COMPLETE CLERK'S OFFICE MAILING MATRIX*

Date: December 11, 2017                */s/ Robert O Lampl*
                                                      ROBERT O LAMPL
                                                      PA I.D. #19809
                                                      JOHN P. LACHER
                                                      PA I.D. #62297
                                                      DAVID L. FUCHS
                                                      PA I.D. #205694
                                                      RYAN J. COONEY
                                                      PA I.D. #319213
                                                      Counsel for the Debtor
                                                      223 Fourth Avenue, 4th Floor
                                                      Pittsburgh, PA  15222
                                                      (412) 392-0330 (phone)
                                                      (412) 392-0335 (facsimile)
                                                      Email: rlampl@lampllaw.com

Label Matrix for local noticing
0315-2
Case 16-23160-GLT
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Mon Dec 11 09:51:17 EST 2017

43rd Street Concrete
1 43rd Street
Pittsburgh, PA 15201-3194

A&H Equipment
1124 McLaughlin Run Road
Bridgeville, PA 15017-2550

AIG
USG Insurance Services Inc.
1000 Town Center Way, Suite 300
Canonsburg, PA 15317-5847

Advanced Builders Inc.
PO Box 684
Perryopolis, PA 15473-0684

Aetna, Inc.
ATTN: Andrew F. Lopez, Esq.
201 N. Tryon Street, Suite 3000
Charlotte, NC 28202-2146

Beacon Supply Company, Inc.
P.O. Box 188
Belle Vernon, PA 15012-0188

Belmont Aggregates
P.O. Box 349
Bridgeport, OH 43912-0349

Best Line Equipment
2582 Gateway Drive
State College, PA 16801-3019

Beth's Barricades
1623 Middle Road Ext.
Gibsonia, PA 15044-7913

Black Diamond Equipment Rental
4100 Morgantown Industrial Park
Morgantown, WV 26501-2419

Bobcat of Pittsburgh
20620 Route 19 North
Cranberry Twp, PA 16066-6001

CAT Financial
P.O. Box 978595
Dallas, TX 75397-8595

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Cintas
320 Westec Drive
Mount Pleasant, PA 15666-2762

Cintas Corporation
c/o Katie R. Jacobs
Cohen & Grigsby, P.C.
625 Liberty Avenue
Pittsburgh, PA 15222-3152

Cintas Corporation
c/o Katie Jacobs, Esq.
Cohen & Grigsby PC
625 Liberty Avenue
Pittsburgh, PA 15222-3152

Citizens Bank N.A.
1 Citizens Drive Mailstop ROP15B
Riverside, RI 02915-3019

Cleveland Brothers Equipment Co.
4565 William Penn Highway
Murrysville, PA 15668-2016

Coen Oil Company
1045 W. Chestnut Street
Washington, PA 15301-4650

(p)ARGO GROUP US INC
PO BOX 469011
SAN ANTONIO TX 78246-9011

Francis E. Corbett
310 Grant Street, Suite 1420
Pittsburgh, PA 15219-2234

Coventry Health / Health America
Transworld Systems Inc.
P.O. Box 15095
Wilmington, DE 19850-5095

Culverts
330 Pittsburgh Avenue
Coraopolis, PA 15108-3391

Deere Credit Inc.
c/o Bernstein-Burkley, P.C.
707 Grant Street
Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1908

Emory Rothenbuhler & Sons, Inc.
47216 Sunfish Creel Road
Beallsville, OH 43716

Enterprise
4489 Campbells Run Road
Pittsburgh, PA 15205-1311

Equipment Connection
P.O. Box 283
Pricedale, PA 15072-0283

Farnham & Pfile
4306 State Route 51 South
Belle Vernon, PA 15012-3533

Fayette Parts NAPA
600 Market Street
Brownsville, PA 15417-1758

| | | |
|---|---|---|
| Fayette Parts Service Inc.<br>c/o NAPA Auto Parts<br>1102 Jefferson St.<br>Latrobe, PA 15650-1910 | Ford Motor Credit<br>P.O. Box 542000<br>Omaha, NE 68154-8000 | David L. Fuchs<br>960 Penn Avenue, Suite 1200<br>Pittsburgh, PA 15222-3826 |
| GOLDEN EAGLE CONSTRUCTION COMPANY<br>C/O THOMAS W.SHAFFER, ESQ.<br>11 PITTSBURGH STREET<br>UNIONTOWN,PA 15401-3312 | Golden Eagle<br>P.O. Box 945<br>Uniontown, PA 15401-0945 | Groff Tractor<br>963 N. Center Avenue<br>New Stanton, PA 15672 |
| Groff Tractor & Equipment, Inc.<br>6779 Carlisle Pike<br>Mechanicsburg, PA 17050-1712 | Internal Revenue Service<br>Special Procedures Division<br>P.O. Box 628<br>Bankruptcy Section<br>Pittsburgh, PA 15230 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Katie R. Jacobs<br>Cohen & Grigsby, P.C.<br>625 Liberty Avenue<br>Pittsburgh, PA 15222-3152 | John D. Caruso Inc.<br>1029 Forest Ave.<br>Homestead, PA 15120-1118 | John D. Caruso, Inc.<br>1029 Forest Avenue<br>West Homestead, PA 15120-1118 |
| John Deere / Murphy Tractor<br>Power Plan<br>P.O. Box 5328<br>8402 Excelsior Drive<br>Madison, WI 53717-1909 | John Deere Credit<br>6400 NW 86th Street<br>PO Box 6600<br>Johnston, IA 50131-6600 | Michael Kaminski<br>Calaiaro Valencik<br>428 Forbes Avenue, Suite 900<br>Pittsburgh, PA 15219-1621 |
| Kraemer, Manes & Associates LLC<br>Attn: David Manes<br>US Steel Tower<br>600 Grant Street, Suite 660<br>Pittsburgh, PA 15219-2703 | Robert O Lampl<br>Robert O Lampl Law Office<br>Benedum Trees Building<br>223 Fourth Avenue, 4th Floor<br>Pittsburgh, PA 15222-1717 | Laurel Aggregates of Delaware, LLC<br>270 Lakewood Center<br>Morgantown, WV 26508-4457 |
| Lexus Financial<br>P.O. Box 3025<br>Coraopolis, PA  15108 | Jill Locnikar<br>U.S. Attorney's Office<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219-1955 | McCutcheon Enterprises Inc.<br>250 Park Road<br>Apollo, PA 15613-8730 |
| Model Uniforms<br>100 Third Street<br>Charleroi, PA 15022-1424 | National Road<br>197 Alter Road<br>Natrona Heights, PA 15065-2809 | Neiswonger Construction<br>17592 Route 322<br>Strattanville, PA 16258-2620 |
| Next Wave Enterprises LLC<br>5757 Blue Lagoon Drive, Suite 170<br>Miami, FL 33126-2615 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Patriot One, Inc.<br>35 Carson Street<br>Belle Vernon, PA 15012-1001 |
| Patriot One, Inc. Health Plan<br>c/o U.S. Department of Labor-EBSA<br>170 S. Independence Mall West<br>Suite 870W<br>Philadelphia, PA 19106-3381 | Pearl Beta Funding<br>100 William Street, Ninth Floor<br>New York, NY 10038-5056 | Penn Credit<br>EZ Pass Violations<br>916 S. 14th Street<br>Harrisburg, PA 17104-3425 |

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Pennsylvania State Workers' Insurance
100 Lackawanna Ave.
Scanton, PA 18503-1904

Donald L. Phillips
Donald L. Phillips, P.C.
1016 Greentree Road
Suite 202
Pittsburgh, PA 15220-3125

Pierre Luti Advertising
79 Kendric Avenue
Donora, PA 15033-1421

Jason M. Plakosh
Plakosh Law Offices
P.O. Box 154
Monaca, PA 15061-0154

Holly S Planinsic
Herndon, Morton, Herndon & Yaeger
83 Edgington Lane
Wheeling, WV 26003-1541

RECO Equipment Inc.
20620 Route 19 North
Cranberry Twp, PA 16066-6001

Ryder Transportation
PO Box 96723
Chicago, IL 60693-6723

Ryder Truck Rental, Inc.
ATTN: Jennifer Morris
6000 Windward Parkway
Alpharetta, GA 30005-8882

SITECH Allegheny
200 Bursca Drive
#205
Bridgeville, PA 15017-1453

SWIF
P. O. Box 5100
100 Lackawanna Avenue
Scranton, PA 18503-1945

Daniel R. Schimizzi
Bernstein-Burkley, P.C.
707 Grant Street
Suite 2200
Pittsburgh, PA 15219-1945

Swank Construction Company
632 Hunt Valley Road
New Kensington PA 15068-7067

Andrew R. Thalman
Phillips, Gardill, Kaiser & Altmeyer
61 Fourteenth Street
Wheeling, WV 26003-3411

Toyota Lease Trust
c/o Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001-9013

United States of America Department of the T
c/oOffice of U.S. Atty for W.D. of PA
U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219-1906

Valley Tire Company
1002 Arentzen Boulevard
Charleroi, PA 15022-1003

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Wells Fargo
P.O. Box 25341
Santa Ana, CA 92799-5341

Wilke & Associates, LLP
1721 Cochran Road
Suite 200
Pittsburgh, PA 15220-1002

Yellowstone Capital
1 Evertrust Plaza
14th Floor
Jersey City, NJ 07302-3088

Joseph S. Sisca, on Behalf of the United Sta
Suite 960, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222-3714

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Colony Specialty Insurance Company
8720 Stony Point Parkway #300
Richmond, VA  23235

(d)Colony Specialty Insurance Company
8720 Stony Point Parkway #300
Richmond, VA  23235

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)A&H Equipment Company
1124 McLaughlin Run Road
Bridgeville PA 15017-2550

(u)Caterpillar Financial Commercial Account C

(d)Cleveland Brothers Equipment Co., Inc.
4565 William Penn Highway
Murrysville, PA 15668-2016


(d)Cleveland Brothers Equipment Co., Inc.
4565 William Penn Highway
Murrysville, PA 15668-2016

(d)Groff Tractor & Equipment, Inc.
6779 Carlisle Pike
Mechanicsburg, PA 17050-1712

(u)Industrial Commercial Residential Equipmen


(d)John D. Caruso, Inc.
1029 Forest Avenue
West Homestead, PA 15120-1118

(u)Reco Equipment, Inc.

(u)Toyota Lease Trust


End of Label Matrix
Mailable recipients    81
Bypassed recipients     9
Total                  90