**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **PATRIOT ONE, INC.,** | Bankruptcy No. 16-23160-GLT |
| **Debtor.** | Chapter 11 |
| **PATRIOT ONE, INC.,** | Document No. |
| **Movant,** | Related to Doc. Nos. 265, 266 |
| vs. | |
| **NO RESPONDENT.** | |

### REPORT FOR BANKRUPTCY JUDGES IN CASES TO BE CLOSED

### CHAPTER 11 CASES

   _X_   Plan Confirmed           ___ Plan Not Confirmed

If plan was confirmed and the case is still in Chapter 11, what percentage dividend was (or is) to be paid under the plan to the general unsecured class of creditors?  <u>10%</u>

I certify under penalty of perjury that the information provided on this form is true and correct to the best of my knowledge, information, and belief and that all estimated payments have been designated appropriately as such.

| | | |
|---|---|---|
| <u>December 11, 2017</u> | David L. Fuchs | */s/ David L. Fuchs* |
| Date | Preparer | Signature |

|  |  |
|---|---|
| Dated: <u>December 11, 2017</u> | <u>*/s/ Robert O Lampl*</u><br>ROBERT O LAMPL<br>PA I.D. #19809<br>JOHN P. LACHER<br>PA I.D. #62297<br>DAVID L. FUCHS<br>PA I.D. #205694<br>RYAN J. COONEY<br>PA I.D. #319213<br>960 Penn Avenue, Suite 1200<br>Counsel for the Debtor<br>Pittsburgh, PA  15222<br>(412) 392-0330 (phone)<br>(412) 392-0335 (facsimile)<br>Email: rlampl@lampllaw.com |