IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

PATRIOT ONE, INC.,                    Bankruptcy No. 16-23160-GLT

Debtor.                               Chapter 11

                                      Document No.


MONTHLY OPERATING REPORT OF DEBTOR
FOR THE PERIOD NOVEMBER 1, 2017 – NOVEMBER 30, 2017


ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. # 324741
Counsel for the Debtor
223 Fourth Avenue, 4th Floor
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email: rlampl@lampllaw.com

B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re  Patriot One Inc.           ,           Case No.  16-23160GLT
          *Debtor*

                                              Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  November 2017                Date filed:  08/26/2016

Line of Business: _____    NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_[signature]_

Original Signature of Responsible Party

David Yurkovich

Printed Name of Responsible Party

| | Questionnaire: *(All questions to be answered on behalf of the debtor.)* | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☒ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☒ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☒ | ☐ |

Page 2

B 25C (Official Form 25C) (12/08)

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☑ | ☐ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?    ☐  ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| TOTAL INCOME | $ | 319,576.86 |

**SUMMARY OF CASH ON HAND**

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 196,908.31 |
| Cash on Hand at End of Month | $ | 129,918.95 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL | $ | 129,918.95 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| TOTAL EXPENSES | $ | 255,032.30 |

*(Exhibit C)*

## CASH PROFIT

| | | | |
|---|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | | $ | 319,576.86 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | | $ | 255,032.30 |
| *(Subtract Line C from Line B)* | **CASH PROFIT FOR THE MONTH** | $ | 64,544.56 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 19,413.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 481,743.65

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---:|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 16 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 21 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---:|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 12,391.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 40,892.30 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---:|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 6,820.00 |

Page 4

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 395,000.00 | $ 319,576.86 | $ 75,423.14 |
| EXPENSES | $ 275,000.00 | $ 255,032.30 | $ 19,967.70 |
| CASH PROFIT | $ 120,000.00 | $ 64,544.56 | $ 55,455.44 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ _____

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ _____

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ _____

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

|  | Nov-17 Expenses Paid |
|---|---|
| Barco | $2,500.00 |
| Highmark | $1,126.02 |
| Ritchie Bros Auction | $25,374.30 |
| Blue Line Rental | $18,743.35 |
| Guttman | $17,654.86 |
| Motorists Mutual | $2,859.38 |
| ADT | $55.34 |
| Columbia Gas | $154.50 |
| Sprouts Auto & Truck | $500.00 |
| Safety Products | $233.20 |
| Hercik Auto Notary | $1,443.00 |
| Comcast | $223.04 |
| Big's | $1,422.50 |
| Bobcat of Pgh | $188.21 |
| Auth of Boro of Char | $107.48 |
| CZ Surveying | $1,300.00 |
| Dean's Water | $1,720.00 |
| Marsh Tire | $949.00 |
| A & H Equipment | $29,648.79 |
| Verizon Wireless | $614.89 |
| Valley Tire | $713.50 |
| NOCO | $184.81 |
| Bentleyville Self Stor | $71.00 |
| Robert Lampl | $7,500.00 |
| John Deere | $3,501.14 |
| Wilke & Assoc | $4,891.00 |
| Network Fleet | $1,353.93 |
| Penske | $21.91 |
| Push N Pull | $9,547.36 |
| Blue Beacon | $268.50 |
| Café Press | $271.01 |
| Dollar General | $189.61 |
| Ebay Auto | $126.99 |
| Family Dollar | $47.17 |
| Home Warehouse | $241.29 |
| Hunters Truck | $540.70 |
| Intuit | $94.32 |
| Lowes | $191.70 |
| NAPA | $534.12 |
| USPS | $56.56 |
| Walmart | $199.58 |
| PA Contracting | $76,684.32 |
| West Penn Power | $367.10 |
| Penn Wells Lodge | $483.96 |
| Auto Max Tire | $2,500.00 |
| Direct TV | $182.58 |
| Mr John of Pgh | $1,397.42 |
| Pittsburgh Pirates | $1,599.00 |
| Contractor Connection | $6,773.40 |
| Skyworks Equipment | $22,276.30 |
| Citizens Auto Loan | $1,400.00 |
| Canyon Resort | $1,375.29 |
| Rural King | $117.69 |
| Avetta | $1,797.00 |
| IRS | $543.60 |
| PA | $61.40 |
| Payroll Service | $109.18 |
| Total | $255,032.30 |



1-800-862-6200

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

US048 BR998

PATRIOT ONE INCORPORATED
35 CARSON ST
BELLE VERNON PA  15012-1001

Commercial Account Statement

 OF  2

Beginning November 01, 2017
through November 30, 2017

## Commercial Checking

### SUMMARY

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 21,908.83 |
| Checks | 20,023.74 - |
| Debits | 39,396.35 - |
| Deposits & Credits | 55,500.00 + |
| Current Balance | 17,988.74 = |

PATRIOT ONE INCORPORATED
Business Green Checking

You can waive the monthly maintenance fee of $9.99 by maintaining an average daily balance in your account of $2,000 or by making 5 qualifying transactions that post to your account during the statement period.
  Your average daily balance used to qualify this statement period is:  $20,203
  Your number of qualifying transactions this statement period is:  34
Your next statement period will end on December 29, 2017.

Previous Balance

21,908.83

### TRANSACTION DETAILS

**Checks** *There is a break in check sequence*

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 1937 | 380.65 | 11/17 | 2032 | 5,000.00 | 11/07 |
| 1938 | 380.65 | 11/17 | 2033 | 3,194.39 | 11/30 |
| 1939 | 380.65 | 11/17 | 2034 | 306.75 | 11/30 |
| 1940 | 380.65 | 11/28 | 2035 | 2,500.00 | 11/24 |
| 2031* | 7,500.00 | 11/07 | | | |

Total Checks
20,023.74

### Debits

**ATM/Purchases**

| Date | Amount | Description |
|---|---|---|
| 11/13 | 117.69 | 6431 Dbt Purchase - 000047 Connellsville Ruraconnellsvi Llep |
| 11/13 | 127.17 | 6431 POS Debit - 999999 Tractor Supply # 1mansfield PA |
| 11/13 | 138.86 | 6431 POS Debit - 241945 Wal-Mart #1945 Mansfield PA |
| 11/14 | 589.41 | 6431 Dbt Purchase - 000000 Canyon Resorts Lp Wellsboro PA |
| 11/17 | 654.90 | 6431 Dbt Purchase - 000000 Canyon Resorts Lp Wellsboro PA |
| 11/22 | 130.98 | 6431 Dbt Purchase - 000000 Canyon Resorts Lp Wellsboro PA |
| 11/24 | 102.41 | 6431 POS Debit - 242420 Wal-Mart #2420 Belle Vern On PA |
| 11/28 | 1,797.00 | 6431 Dbt Purchase - 211005 Avetta Llc 800-506-74 27 CA |
| 11/29 | 960.00 | 6431 Dbt Purchase - Lk7776 Wilke & Associates412-27 00 PA |

**Other Debits**

| Date | Amount | Description |
|---|---|---|
| 11/01 | 135.90 | IRS Usataxpymt 110117 227770566057036 |
| 11/02 | 2,500.00 | Barco Rent A Tru Web Pay 171101 02275 |
| 11/03 | 30.70 | Commwlthofpa Int Paemploytx 171031 453652137 |
| 11/07 | 1,000.00 | Online Transfer Transfer 2792825552 |

Member FDIC  Equal Housing Lender

# Citizens Bank

1-800-862-6200

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

**Commercial Account Statement**

 2 OF 2

Beginning November 01, 2017
through November 30, 2017

Commercial Checking continued from previous page

## Other Debits (continued)

| Date | Amount | Description |
|---|---|---|
| 11/07 | 700.00 | Online Transfer Transfer 2792825552 |
| 11/08 | 135.90 | IRS Usataxpymt 110817 227771266103856 |
| 11/13 | 1,000.00 | Online Transfer Transfer 2792825552 |
| 11/14 | 17,510.00 | Withdrawal |
| 11/15 | 135.90 | IRS Usataxpymt 111517 227771966186966 |
| 11/16 | 109.18 | Payroll Service Fee 111617 7755315 |
| 11/17 | 10,017.85 | Withdrawal |
| 11/20 | 500.00 | Online Transfer Transfer 2792825552 |
| 11/20 | 30.70 | Commwithofpa Int Paemploytx 171115 453652137 |
| 11/22 | 135.90 | IRS Usataxpymt 112217 227772666002784 |
| 11/27 | 700.00 | Online Transfer Transfer 2792825552 |
| 11/29 | 135.90 | IRS Usataxpymt 112917 227773366054146 |

PATRIOT ONE INCORPORATED
Business Green Checking

**Total Debits**
39,396.35

## Deposits & Credits

| Date | Amount | Description |
|---|---|---|
| 11/08 | 20,000.00 | Deposit |
| 11/14 | 18,000.00 | Deposit |
| 11/17 | 10,000.00 | Deposit |
| 11/30 | 7,500.00 | Deposit |

**Total Deposits & Credits**
55,500.00

**Current Balance**
17,988.74

## Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/01 | 21,772.93 | 11/14 | 23,423.20 | 11/24 | 17,963.43 |
| 11/02 | 19,272.93 | 11/15 | 23,287.30 | 11/27 | 17,263.43 |
| 11/03 | 19,242.23 | 11/16 | 23,178.12 | 11/28 | 15,085.78 |
| 11/07 | 5,042.23 | 11/17 | 21,363.42 | 11/29 | 13,989.88 |
| 11/08 | 24,906.33 | 11/20 | 20,832.72 | 11/30 | 17,988.74 |
| 11/13 | 23,522.61 | 11/22 | 20,565.84 | | |

Member FDIC  Equal Housing Lender

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558

 **Huntington**

*0000012* PATRIOT ONE, INCORPORATED
35 CARSON ST
BELLE VERNON PA 15012-1001

Have a Question or Concern?

Stop by your nearest Huntington office or contact us at:

1-800-480-2001

www.huntington.com/businessresources

## Huntington FastTrack Business Checking    Account:

| Statement Activity From: 11/01/17 to 11/30/17 | | Beginning Balance | $174,999.48 |
|---|---|---|---|
| | | Credits (+) | 312,326.18 |
| | | Electronic Deposits | 312,326.18 |
| Days in Statement Period | 30 | Debits (−) | 375,395.45 |
| | | Regular Checks Paid | 96,290.90 |
| Average Ledger Balance* | 133,351.89 | Electronic Withdrawals | 272,903.59 |
| Average Collected Balance* | 133,351.89 | Other Debits | 6,200.96 |
| | | Total Service Charges (−) | 0.00 |
| * The above balances correspond to the service charge cycle for this account. | | Ending Balance | $111,930.21 |

## Other Credits (+)    Account:

| Date | Amount | Description |
|---|---|---|
| 11/01 | 11,077.32 | EQT PRODUCTIONCO EDI PAYMTS  10282367 |
| 11/02 | 1,088.00 | EQT PRODUCTION C EDI PAYMTS  10282496 |
| 11/03 | 45,136.87 | EQT PRODUCTION C EDI PAYMTS  10282568 |
| 11/06 | 2,744.00 | EQT PRODUCTION C EDI PAYMTS  10282680 |
| 11/07 | 28,560.00 | RANGE RESOURCES AP WEEKLY   NOV 2 2220029958 PAYMENT NUMBER:2220029958 |
| 11/07 | 1,400.00 | EQT PRODUCTION C EDI PAYMTS  10282783 |
| 11/08 | 45,948.58 | EQT PRODUCTION C EDI PAYMTS  10282893 |
| 11/10 | 5,834.96 | EQT PRODUCTION C EDI PAYMTS  10283173 |
| 11/14 | 1,274.00 | EQT PRODUCTION C EDI PAYMTS  10283390 |
| 11/15 | 15,113.50 | EQT PRODUCTION C EDI PAYMTS  10283528 |
| 11/15 | 7,140.00 | RANGE RESOURCES AP WEEKLY   NOV 9 2220030254 PAYMENT NUMBER:2220030254 |
| 11/16 | 23,422.00 | EQT PRODUCTION C EDI PAYMTS  10285851 |
| 11/17 | 18,175.50 | EQT PRODUCTION C EDI PAYMTS  10285907 |
| 11/21 | 28,560.00 | RANGE RESOURCES AP WEEKLY   NOV 16 2220030543 PAYMENT NUMBER:2220030543 |
| 11/22 | 972.50 | EQT PRODUCTION C EDI PAYMTS  10286399 |
| 11/24 | 18,891.45 | EQT PRODUCTION C EDI PAYMTS  10286540 |
| 11/28 | 23,569.00 | EQT PRODUCTION C EDI PAYMTS  10286680 |
| 11/28 | 16,320.00 | RANGE RESOURCES AP WEEKLY   NOV 22 2220030781 PAYMENT NUMBER:2220030781 |
| 11/29 | 15,085.50 | EQT PRODUCTION C EDI PAYMTS  10286809 |
| 11/30 | 2,013.00 | EQT PRODUCTION C EDI PAYMTS  10286935 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.  ⓘ ® and Huntington ® are federally registered service marks of Huntington Bancshares Incorporated.  ©2017 Huntington Bancshares Incorporated.

Statement Period from 11/01/17 to 11/30/17    Page 1 of 3



## Checks (-)   Account:

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 11/07 | 5,000.00 | 391 | 11/08 | 107.48 | 416 |
| 11/06 | 71.00 | 394* | 11/08 | 199.00 | 417 |
| 11/14 | 160.00 | 402* | 11/08 | 20,000.00 | 418 |
| 11/03 | 65.00 | 405* | 11/09 | 1,300.00 | 419 |
| 11/01 | 2,503.70 | 406 | 11/13 | 1,720.00 | 420 |
| 11/30 | 2,631.43 | 407 | 11/14 | 949.00 | 421 |
| 11/09 | 327.00 | 408 | 11/15 | 157.50 | 422 |
| 11/03 | 500.00 | 409 | 11/17 | 10,000.00 | 423 |
| 11/03 | 233.20 | 410 | 11/14 | 18,000.00 | 424 |
| 11/03 | 1,443.00 | 411 | 11/20 | 28,500.00 | 427* |
| 11/08 | 223.04 | 412 | 11/22 | 197.45 | 428 |
| 11/09 | 400.00 | 413 | 11/28 | 614.89 | 429 |
| 11/09 | 400.00 | 414 | 11/28 | 400.00 | 430 |
| 11/08 | 188.21 | 415 | | | |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## Other Debits (-)   Accoun.

| Date | Amount | Description |
|---|---|---|
| 11/01 | 19,725.74 | BUS ONL TFR TO CHECKING  110117 01100271262 |
| 11/01 | 5,000.00 | BUS ONL TFR TO CHECKING  110117 01100279361 |
| 11/01 | 4,715.53 | GUTTMAN OIL DEP CASH C&D  F02302364 |
| 11/06 | 20,000.00 | BUS ONL TFR TO CHECKING  110617 01100279361 |
| 11/07 | 10,000.00 | BUS ONL TFR TO CHECKING  110717 01100279361 |
| 11/08 | 20,079.65 | BUS ONL TFR TO CHECKING  110817 01100271262 |
| 11/08 | 4,994.52 | GUTTMAN OIL DEP CASH C&D  F02302364 |
| 11/10 | 50,000.00 | BUS ONL TFR TO CHECKING  111017 01100279361 |
| 11/10 | 1,126.02 | HIGHMARK EDI PAYMTS  11490830 |
| 11/13 | 20,000.00 | BUS ONL TFR TO CHECKING  111317 01100279361 |
| 11/13 | 2,984.00 | SELECTIVE PMT SELECTIVE  171110 000000882820117 |
| 11/13 | 38.00 | PURCHASE SPEEDWAY 02925 UNI  SPEEDWAY 02925 UNI UNIONTOWN PA 5347408100149042 |
| 11/14 | 20,000.00 | BUS ONL TFR TO CHECKING  111417 01100279361 |
| 11/14 | 2,728.00 | Colony Specialty Insurance  1659316322 1552 |
| 11/15 | 17,953.47 | BUS ONL TFR TO CHECKING  111517 01100271262 |
| 11/15 | 4,303.98 | GUTTMAN OIL DEP CASH C&D  F02302364 |
| 11/16 | 367.10 | FIRSTENERGY OPCO FE ECHECK  100113941437 |
| 11/16 | 362.97 | PURCHASE PENN WELLS HOTEL  PENN WELLS HOTEL WELLSBORO PA 5347408100149042 |
| 11/17 | 182.58 | PURCHASE DTV*DIRECTV SERVICE  DTV*DIRECTV SERVICE 800-347-3288 CA 5347408100149042 |
| 11/17 | 120.99 | PURCHASE PENN WELLS HOTEL  PENN WELLS HOTEL WELLSBORO PA 5347408100149042 |
| 11/20 | 2,500.00 | PURCHASE AUTOMAX TIRE AND AUTO  AUTOMAX TIRE AND AUTO WELLSBORO PA 5347408100149042 |



## Other Debits (-)                                                                         Account:

| Date  | Amount    | Description |
|-------|-----------|-------------|
| 11/22 | 15,000.00 | BUS ONL TFR TO CHECKING  112217 01100279361 |
| 11/22 | 4,285.38  | GUTTMAN OIL DEP CASH C&D  F02302364 |
| 11/22 | 2,859.38  | MOTORISTS (MCM) BILL PAY  171121 20516515051 |
| 11/22 | 1,599.00  | PURCHASE TICKETS* PITTS PIRATE   TICKETS* PITTS PIRATE 800-352-0212 PA 5347408100149042 |
| 11/22 | 1,397.42  | PURCHASE MR JOHN OF PITTSBURGH   MR JOHN OF PITTSBURGH MC KEES ROCKS PA 5347408100149042 |
| 11/22 | 154.50    | COLUMBIA GAS PA SERV PYMT  171118 196992750010006 |
| 11/24 | 55.34     | ADT SECURITY SER ADTPAPACH  401732434 |
| 11/28 | 10,000.00 | BUS ONL TFR TO CHECKING  112817 01100279361 |
| 11/29 | 25,000.00 | BUS ONL TFR TO CHECKING  112917 01100279361 |
| 11/29 | 4,070.98  | GUTTMAN OIL DEP CASH C&D  F02302364 |
| 11/30 | 7,500.00  | BUS ONL TFR TO CHECKING  113017 01100279361 |

## Service Charge Summary                                                                   Account:

Previous Month Service Charges (-)         $0.00
Total Service Charges (-)                  $0.00

## Balance Activity                                                                         Account:

| Date  | Balance    | Date  | Balance    | Date  | Balance    |
|-------|------------|-------|------------|-------|------------|
| 10/31 | 174,999.48 | 11/09 | 193,476.18 | 11/20 | 82,284.53  |
| 11/01 | 154,131.83 | 11/10 | 148,187.12 | 11/21 | 110,844.53 |
| 11/02 | 155,219.83 | 11/13 | 123,445.12 | 11/22 | 86,323.90  |
| 11/03 | 196,115.50 | 11/14 | 82,882.12  | 11/24 | 105,160.01 |
| 11/06 | 180,788.50 | 11/15 | 82,353.57  | 11/28 | 134,034.12 |
| 11/07 | 195,748.50 | 11/16 | 105,412.60 | 11/29 | 120,048.64 |
| 11/08 | 195,905.18 | 11/17 | 113,284.53 | 11/30 | 111,930.21 |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
  2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

PATRIOT ONE, INC.,                        Bankruptcy No. 16-23160-GLT

    Debtor.                                Chapter 11

                                                            Document No.

## CERTIFICATE OF SERVICE

Robert O Lampl, John P. Lacher, David L. Fuchs, Ryan J. Cooney and Sy O. Lampl hereby certify, that on the 15th day of December, 2017, a true and correct copy of the foregoing **MONTHLY OPERATING REPORT** was served on the following *(via electronic service)*:

Office of the U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222

Date: December 15, 2017                        */s/ Robert O Lampl*
                                                              ROBERT O LAMPL
                                                              PA I.D. #19809
                                                              JOHN P. LACHER
                                                              PA I.D. #62297
                                                              DAVID L. FUCHS
                                                              PA I.D. #205694
                                                              RYAN J. COONEY
                                                              PA I.D. #319213
                                                              SY O. LAMPL
                                                              PA I.D. # 324741
                                                              Counsel for the Debtor
                                                              223 Fourth Avenue, 4th Floor
                                                              Pittsburgh, PA  15222
                                                              (412) 392-0330 (phone)
                                                              (412) 392-0335 (facsimile)
                                                              Email:  rlampl@lampllaw.com