FILED
12/29/17 7:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Patriot One Inc.
Debtor

Toyota Lease Trust
Movant

vs.

Patriot One Inc.
Respondent

Case No. 16-23160 GLT

CHAPTER 11

Related to Document 251

Hearing date & time:
January 4, 2018 @ 10:00 a.m.

**MODIFIED ORDER**

AND NOW, this 29th day of December, 2017, counsel for the parties having consented hereto, it is hereby ORDERED that the Motion for Relief from Stay filed in the above matter be and hereby is withdrawn without prejudice. The hearing set for January 4, 2018 is cancelled.

BY THE COURT:

_______________________________J.
U.S. Bankruptcy Judge cgt

Consented to by:

***/s/ David L. Fuchs, Esquire***
David L. Fuchs, Esquire
Attorney for Debtor
Benedum Trees Building
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222
Phone: 412-392-0330
dfuchs@lampllaw.com

***/s/ James C. Warmbrodt, Esquire***
James C. Warmbrodt, Esquire
Attorney for Movant
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-627-1322
jwarmbrodt@kmllawgroup.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Patriot One, Inc.
Debtor

Case No. 16-23160-GLT
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: amaz Page 1 of 2 Date Rcvd: Dec 29, 2017
Form ID: pdf900 Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2017.
db +Patriot One, Inc., 35 Carson Street, Belle Vernon, PA 15012-1001
aty +David L. Fuchs, 960 Penn Avenue, Suite 1200, Pittsburgh, PA 15222-3826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2017 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2017 at the address(es) listed below:

Andrew R. Thalman on behalf of Creditor Reco Equipment, Inc. andrewthalman@pgka.com
Daniel R. Schimizzi on behalf of Creditor Deere Credit Inc. dschimizzi@bernsteinlaw.com, cwirick@bernsteinlaw.com;pghecf@bernsteinlaw.com;dschimizzi@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
Donald L. Phillips on behalf of Plaintiff Cleveland Brothers Equipment Co., Inc. dphillips@donaldphillipslaw.com, ashapiro@donaldphillipslaw.com
Donald L. Phillips on behalf of Creditor Cleveland Brothers Equipment Co., Inc. dphillips@donaldphillipslaw.com, ashapiro@donaldphillipslaw.com
Francis E. Corbett on behalf of Creditor John D. Carson, Inc. fcorbett@fcorbettlaw.com, fcorbett7@gmail.com
Francis E. Corbett on behalf of Creditor John D. Caruso, Inc. fcorbett@fcorbettlaw.com, fcorbett7@gmail.com
Holly S Planinsic on behalf of Creditor Industrial Commercial Residential Equipment Rental & Supply, LLC hplaninsic@hmhy.com, kburkhart@hmhy.com
James Warmbrodt on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com
Jason M. Plakosh on behalf of Creditor Groff Tractor & Equipment, Inc. jplakosh@hotmail.com
Jill Locnikar on behalf of Creditor United States of America Department of the Treasury, Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
Joseph S. Sisca, on Behalf of the United States Trustee by on behalf of U.S. Trustee Office of the United States Trustee joseph.s.sisca@usdoj.gov
Katie R. Jacobs on behalf of Creditor Cintas Corporation kjacobs@cohenlaw.com, morlich@cohenlaw.com,mgraeb@cohenlaw.com
Keri P. Ebeck on behalf of Creditor Citizens Bank, N.A. kebeck@weltman.com, jbluemle@weltman.com
Michael Kaminski on behalf of Creditor Best Line Equipment mkaminski@c-vlaw.com, jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
Office of the United States Trustee ustpregion03.pi.ecf@usdoj.gov
Robert O Lampl on behalf of Debtor Patriot One, Inc. rol@lampllaw.com, jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
Robert O Lampl on behalf of Defendant Patriot One, Inc. rol@lampllaw.com, jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
Robert O Lampl on behalf of Debtor David W. Yurkovich rol@lampllaw.com, jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
Robert O Lampl on behalf of Creditor Industrial Commercial Residential Equipment Rental & Supply, LLC rol@lampllaw.com, jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 19