IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

PATRIOT ONE, INC.,                          Bankruptcy No. 16-23160-GLT

        Debtor.                              Chapter 11

PATRIOT ONE, INC.,                          Document No.

        Movant,                              Related to Doc. Nos. 265, 266
vs.

NO RESPONDENT.

## POST-CONFIRMATION STATUS REPORT

AND NOW, comes the Debtor, Patriot One, Inc., by and through its undersigned counsel, and files the within **Post- Confirmation Status Report**, and in support thereof, states as follows:

1. On December 8, 2017, this Honorable Court entered a Post-Confirmation Order and Notice which required the Debtor to file a Status Report setting forth the actions taken by the Debtor and the progress made in the consummation of the plan.

2. In that regard, the Debtor states the following:

    a. The Debtor has requested a Certificate of Costs, and the Clerk has issued the Certificate of Costs;

    b. The Debtor is preparing to commence making payments pursuant to the Plan and the stipulations entered regarding the Plan;

    c. The Debtor is preparing to file a Motion for Final Decree, which the Debtor intends to file shortly after the commencement of Plan payments.

Respectfully Submitted,

Dated: January 17, 2018

/s/ Robert O Lampl
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email: rlampl@lampllaw.com
Counsel for the Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| PATRIOT ONE, INC., | Bankruptcy No. 16-23160-GLT |
| Debtor. | Chapter 11 |
| PATRIOT ONE, INC., | Document No. |
| Movant, vs. | Related to Doc. Nos. 265, 266 |
| NO RESPONDENT. | |

## CERTIFICATE OF SERVICE

Robert O Lampl, John P. Lacher, David L. Fuchs and Ryan J. Cooney, hereby certify, that on the 17th day of January, 2018, a true and correct copy of the foregoing **Post- Confirmation Status Report** was served on the following *(via electronic service)*:

Office of the United States Trustee
Suite 970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Dated: January 17, 2018

/s/ Robert O Lampl
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email: rlampl@lampllaw.com
Counsel for the Debtor