**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **PATRIOT ONE, INC.,** | Bankruptcy No. 16-23160-GLT |
| Debtor. | Chapter 11 |
| **PATRIOT ONE, INC.,** | Document No. |
| Movant, | Related to Doc. No. 277 |
| vs. | |
| **NO RESPONDENT.** | **Hearing Date and Time:** **April 5, 2018 at 10:00 a.m.** |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING**
**MOTION FOR FINAL DECREE**

TO THE RESPONDENTS:

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **March 19, 2018**, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **April 5, 2018 at 10:00 a.m.** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary will be scheduled by the Court for a later date.

Date of Service: <u>March 1, 2018</u>	<u>*/s/ Robert O Lampl*</u>
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. # 62297
DAVID L. FUCHS
PA I.D. # 205694
RYAN J. COONEY
PA I.D. #319213
Counsel for the Debtor
223 Fourth Avenue, 4th Floor
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email:  rlampl@lampllaw.com