IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

PATRIOT ONE, INC.,                              Bankruptcy No. 16-23160-GLT

        Debtor.                              Chapter 11

PATRIOT ONE, INC.,                              Document No.

        Movant,                              Related to Doc. No. 277, 278
vs.
                                                Hearing Date and Time:
NO RESPONDENT.                                  April 5, 2018 at 10:00 a.m.

## CERTIFICATE OF SERVICE

Robert O Lampl, John P. Lacher, David L. Fuchs and Ryan J. Cooney hereby certify that on the 1st day of March, 2018, a true and correct copy of the **NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION FOR FINAL DECREE** and **MOTION FOR FINAL DECREE** was served upon the following *(via First-Class U.S. Mail)*:

*SEE ATTACHED COMPLETE CLERK'S OFFICE MAILING MATRIX*

Date: March 1, 2018                    */s/ Robert O Lampl*
                                       ROBERT O LAMPL
                                       PA I.D. #19809
                                       JOHN P. LACHER
                                       PA I.D. #62297
                                       DAVID L. FUCHS
                                       PA I.D. #205694
                                       RYAN J. COONEY
                                       PA I.D. #319213
                                       Counsel for the Debtor
                                       223 Fourth Avenue, 4th Floor
                                       Pittsburgh, PA  15222
                                       (412) 392-0330 (phone)
                                       (412) 392-0335 (facsimile)
                                       Email: rlampl@lampllaw.com

Label Matrix for local noticing
0315-2
Case 16-23160-GLT
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Thu Mar  1 09:39:42 EST 2018

43rd Street Concrete
1 43rd Street
Pittsburgh, PA 15201-3194

A&H Equipment
1124 McLaughlin Run Road
Bridgeville, PA 15017-2550

AIG
USG Insurance Services Inc.
1000 Town Center Way, Suite 300
Canonsburg, PA 15317-5847

Advanced Builders Inc.
PO Box 684
Perryopolis, PA 15473-0684

Aetna, Inc.
ATTN: Andrew P. Lopez, Esq.
201 N. Tryon Street, Suite 3000
Charlotte, NC 28202-2146

Beacon Supply Company, Inc.
P.O. Box 188
Belle Vernon, PA 15012-0188

Belmont Aggregates
P.O. Box 349
Bridgeport, OH 43912-0349

Best Line Equipment
2582 Gateway Drive
State College, PA 16801-3019

Beth's Barricades
1623 Middle Road Ext.
Gibsonia, PA 15044-7913

Black Diamond Equipment Rental
4100 Morgantown Industrial Park
Morgantown, WV 26501-2419

Bobcat of Pittsburgh
20620 Route 19 North
Cranberry Twp, PA 16066-6001

CAT Financial
P.O. Box 978595
Dallas, TX 75397-8595

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Cintas
320 Westec Drive
Mount Pleasant, PA 15666-2762

Cintas Corporation
c/o Katie R. Jacobs
Cohen & Grigsby, P.C.
625 Liberty Avenue
Pittsburgh, PA 15222-3152

Cintas Corporation
c/o Katie Jacobs, Esq.
Cohen & Grigsby PC
625 Liberty Avenue
Pittsburgh, PA 15222-3152

Citizens Bank N.A.
1 Citizens Drive Mailstop ROP15B
Riverside, RI 02915-3019

Cleveland Brothers Equipment Co.
4565 William Penn Highway
Murrysville, PA 15668-2016

Coen Oil Company
1045 W. Chestnut Street
Washington, PA 15301-4650

(p)ARGO GROUP US INC
PO BOX 469011
SAN ANTONIO TX 78246-9011

Francis E. Corbett
310 Grant Street, Suite 1420
Pittsburgh, PA 15219-2234

Coventry Health / Health America
Transworld Systems Inc.
P.O. Box 15095
Wilmington, DE 19850-5095

Culverts
330 Pittsburgh Avenue
Coraopolis, PA 15108-3391

Deere Credit Inc.
c/o Bernstein-Burkley, P.C.
707 Grant Street
Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1908

Emory Rothenbuhler & Sons, Inc.
47216 Sunfish Creel Road
Beallsville, OH 43716

Enterprise
4489 Campbells Run Road
Pittsburgh, PA 15205-1311

Equipment Connection
P.O. Box 283
Pricedale, PA 15072-0283

Farnham & Pfile
4306 State Route 51 South
Belle Vernon, PA 15012-3533

Fayette Parts NAPA
600 Market Street
Brownsville, PA 15417-1758

Fayette Parts Service Inc.
c/o NAPA Auto Parts
1102 Jefferson St.
Latrobe, PA 15650-1910

Ford Motor Credit
P.O. Box 542000
Omaha, NE 68154-8000

David L. Fuchs
960 Penn Avenue, Suite 1200
Pittsburgh, PA 15222-3826

GOLDEN EAGLE CONSTRUCTION COMPANY
C/O THOMAS W.SHAFFER, ESQ.
11 PITTSBURGH STREET
UNIONTOWN,PA 15401-3312

Golden Eagle
P.O. Box 945
Uniontown, PA 15401-0945

Groff Tractor
963 N. Center Avenue
New Stanton, PA 15672

Groff Tractor & Equipment, Inc.
6779 Carlisle Pike
Mechanicsburg, PA 17050-1712

Internal Revenue Service
Special Procedures Division
P.O. Box 628
Bankruptcy Section
Pittsburgh, PA 15230

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Katie R. Jacobs
Cohen & Grigsby, P.C.
625 Liberty Avenue
Pittsburgh, PA 15222-3152

John D. Caruso Inc.
1029 Forest Ave.
Homestead, PA 15120-1118

John D. Caruso, Inc.
1029 Forest Avenue
West Homestead, PA 15120-1118

John Deere / Murphy Tractor
Power Plan
P.O. Box 5328
8402 Excelsior Drive
Madison, WI 53717-1909

John Deere Credit
6400 NW 86th Street
PO Box 6600
Johnston, IA 50131-6600

Michael Kaminski
Calaiaro Valencik
428 Forbes Avenue, Suite 900
Pittsburgh, PA 15219-1621

Kraemer, Manes & Associates LLC
Attn: David Manes
US Steel Tower
600 Grant Street, Suite 660
Pittsburgh, PA 15219-2703

Robert O Lampl
Robert O Lampl Law Office
Benedum Trees Building
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222-1717

Laurel Aggregates of Delaware, LLC
270 Lakewood Center
Morgantown, WV 26508-4457

Lexus Financial
P.O. Box 3025
Coraopolis, PA  15108

Jill Locnikar
U.S. Attorney's Office
700 Grant Street, Suite 4000
Pittsburgh, PA 15219-1955

McCutcheon Enterprises Inc.
250 Park Road
Apollo, PA 15613-8730

Model Uniforms
100 Third Street
Charleroi, PA 15022-1424

National Road
197 Alter Road
Natrona Heights, PA 15065-2809

Neiswonger Construction
17592 Route 322
Strattanville, PA 16258-2620

Next Wave Enterprises LLC
5757 Blue Lagoon Drive, Suite 170
Miami, FL 33126-2615

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Patriot One, Inc.
35 Carson Street
Belle Vernon, PA 15012-1001

Patriot One, Inc. Health Plan
c/o U.S. Department of Labor-EBSA
170 S. Independence Mall West
Suite 870W
Philadelphia, PA 19106-3381

Pearl Beta Funding
100 William Street, Ninth Floor
New York, NY 10038-5056

Penn Credit
EZ Pass Violations
916 S. 14th Street
Harrisburg, PA 17104-3425

| | | |
|---|---|---|
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Pennsylvania State Workers Insurance<br>100 Lackawanna Ave.<br>Scanton, PA 18503-1904 | Donald L. Phillips<br>Donald L. Phillips, P.C.<br>1016 Greentree Road<br>Suite 202<br>Pittsburgh, PA 15220-3125 |
| Pierre Luti Advertising<br>79 Kendric Avenue<br>Donora, PA 15033-1421 | Jason M. Plakosh<br>Plakosh Law Offices<br>P.O. Box 154<br>Monaca, PA 15061-0154 | Holly S Planinsic<br>Herndon, Morton, Herndon & Yaeger<br>83 Edgington Lane<br>Wheeling, WV 26003-1541 |
| RECO Equipment Inc.<br>20620 Route 19 North<br>Cranberry Twp, PA 16066-6001 | Ryder Transportation<br>PO Box 96723<br>Chicago, IL 60693-6723 | Ryder Truck Rental, Inc.<br>ATTN: Jennifer Morris<br>6000 Windward Parkway<br>Alpharetta, GA 30005-8882 |
| SITECH Allegheny<br>200 Bursca Drive<br>#205<br>Bridgeville, PA 15017-1453 | SWIF<br>P. O. Box 5100<br>100 Lackawanna Avenue<br>Scranton, PA 18503-1945 | Daniel R. Schimizzi<br>Whiteford, Taylor & Preston, LLP<br>200 First Avenue<br>Floor 3<br>Pittsburgh, PA 15222-1512 |
| Swank Construction Company<br>632 Hunt Valley Road<br>New Kensington PA 15068-7067 | Andrew R. Thalman<br>Phillips, Gardill, Kaiser & Altmeyer<br>61 Fourteenth Street<br>Wheeling, WV 26003-3411 | Toyota Lease Trust<br>c/o Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| United States of America Department of the T<br>c/oOffice of U.S. Atty for W.D. of PA<br>U.S. Post Office & Courthouse<br>700 Grant Street<br>Pittsburgh, PA 15219-1906 | Valley Tire Company<br>1002 Arentzen Boulevard<br>Charleroi, PA 15022-1003 | James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| Wells Fargo<br>P.O. Box 25341<br>Santa Ana, CA 92799-5341 | Wilke & Associates, LLP<br>1721 Cochran Road<br>Suite 200<br>Pittsburgh, PA 15220-1002 | Yellowstone Capital<br>1 Evertrust Plaza<br>14th Floor<br>Jersey City, NJ 07302-3088 |
| Joseph S. Sisca, on Behalf of the United Sta<br>Suite 960, Liberty Center<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222-3714 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Colony Specialty Insurance Company<br>8720 Stony Point Parkway #300<br>Richmond, VA  23235 | (d)Colony Specialty Insurance Company<br>8720 Stony Point Parkway #300<br>Richmond, VA  23235 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)A&H Equipment Company<br>1124 McLaughlin Run Road<br>Bridgeville PA 15017-2550 | (u)Caterpillar Financial Commercial Account C | (d)Cleveland Brothers Equipment Co., Inc.<br>4565 William Penn Highway<br>Murrysville, PA 15668-2016 |
| (d)Cleveland Brothers Equipment Co., Inc.<br>4565 William Penn Highway<br>Murrysville, PA 15668-2016 | (d)Groff Tractor & Equipment, Inc.<br>6779 Carlisle Pike<br>Mechanicsburg, PA 17050-1712 | (u)Industrial Commercial Residential Equipmen |
| (d)John D. Caruso, Inc.<br>1029 Forest Avenue<br>West Homestead, PA 15120-1118 | (u)Reco Equipment, Inc. | (u)Toyota Lease Trust |

End of Label Matrix
Mailable recipients    81
Bypassed recipients     9
Total                  90